ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 22 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

**JORDAN WARREN, KIARA BOOKER**
**BERNAMESHA YOUNG, MIYANA BRYANT**
**KELLY O'DONALD, SHANTA BURNETT,**
**individually and on behalf of**
**all others similarly situated,**                                    Plaintiffs

**v.**                                    **CIVIL ACTION NO. :**_____

**MILLENNIA HOUSING MANAGEMENT, LTD,**
**MILLENNIA COMMERCIAL GROUP, LTD,**
**MILLENNIA HOUSING DEVELOPMENT, LTD,**
**MILLENNIA HOUSING CAPITAL, LTD,**
**SC APARTMENTS AR, LLC, and**
**JOHN DOES 1-10**                                    Defendants

---

### CLASS ACTION COMPLAINT
### (TRIAL BY JURY REQUESTED)

---

Plaintiffs, by and through undersigned counsel, bring this cause of action against Millennia Housing Management, Ltd., Millennia Commercial Group, Ltd., Millennia Housing Development, Ltd., Millennia Housing Capital, Ltd. (collectively "Millennia Defendants" or "Millennia"), SC Apartments AR, LLC d/b/a Shorter College Gardens Apartments, and John Does 1-10. Plaintiffs bring this action individually and on behalf of all others similarly situated and allege as follows:

### NATURE OF THE CLAIM

1.    This action arises from Defendants' failure to provide safe, habitable housing; failure to disclose known defects at the time possession is delivered to its tenants; failure and refusal to eradicate uninhabitable conditions throughout the term of tenant leases; failure to disclose and address health and safety issues in common areas; intentional misrepresentation of the existence, nature, and severity of known defects and unhabitable conditions and the actions taken to remedy

1



EXHIBIT
A

the conditions; and failure to take reasonable care of its premises and protect tenants from foreseeable injury, among other things.

2.      Defendants' failure to provide reasonably safe premises and exercise reasonable care to repair dangerous defective conditions upon notice of their existence constitutes a breach of the terms of lease agreements, a breach of the duty to safeguard against defects on the premises that could cause personal injury, a breach of implied quality standards, a breach of the implied warranty of habitability, and noncompliance with State landlord-tenant laws and local building and housing codes.

3.      Shorter College Garden Apartments and the Millennia Defendants' have established a pattern of knowingly renting apartment units in unsafe, uninhabitable conditions and purposefully neglecting the responsibility to eradicate known dangerous conditions within a time reasonable. Defendants' conduct caused Plaintiffs to enter into lease agreements, pay rent with the expectation to enjoy the use of a livable space free of unreasonably dangerous defects and continue paying rent while unsafe and defective conditions remained unresolved. As a result of Defendants' deceptive, neglectful conduct, Plaintiffs and other similar tenants suffered (and continue to suffer) monetary, mental, and physical injuries.

4.      On October 4, 2022, there was an explosion at Shorter College Garden Apartments that resulted in the death of three tenants. On October 18, 2022, Shorter College Gardens Management Staff sent a letter to its tenants stating that an inspection of the underground gas line infrastructure had taken place; and advising tenants of next steps and temporary housing options and other accommodations. [1] Defendants knowingly told the tenants that the place was safe when they knew

---

[1]      See **Exbibit 1** – Letter from Shorter College Gardens Management Staff regarding efforts to fully restore natural gas to the property. The letter represents that a gas company "inspected and approved the underground gas line infrastructure," and provided for next steps and temporary housing options for tenants electing to exercise the option.

the apartment still had gas leaks because the inspection did not occur. The letter was simply an untruth. Upon information and belief, Defendants intentionally made the fraudulent misrepresentation to avoid further complaints from tenants.

5.    Plaintiffs, individually and on behalf of the class of individuals defined below, bring claims against Defendants for breach of contract and the duty of good faith and fair dealing, premises liability, gross negligence, fraudulent misrepresentation, breach of the warranty of habitability, and unjust enrichment, among other things.

6.    Plaintiffs represent those classes of tenants who have been, continue to be, and may in the future be adversely affected by the acts and omissions that are the subject of this complaint. Defendants are parties that either acted or failed to act in a manner that gives rise to the claims asserted in this complaint. The claims of the representative parties are typical of the claims or defenses of the class. The class is so numerous that the joinder of all members of the class is impracticable. There are questions of law and fact common to the class, and the representative Plaintiffs will fairly and adequately protect the interests of the entire class. The relief sought is common and beneficial to each member of the class.

## JURISDICTION AND VENUE

7.    This Honorable Court has jurisdiction and venue over the parties and this cause of action. This civil action arises out of acts and omissions of the defendants committed in whole or in part in Pulaski County, Arkansas against residents of the State of Arkansas.

8.    This Honorable Court has personal jurisdiction over Defendants because Defendants regularly conduct business operations in Pulaski County, Arkansas.

9.     Defendants continually and systematically conduct business activities in Arkansas by providing apartment development and management services, among other things. Defendants are therefore subject to the jurisdiction of this Court.

10.     Venue is proper because the present action is brought where the acts and omissions of the individual defendants occurred.

## PARTIES

11.     Plaintiff Jordan Warren is an adult resident citizen of Shorter College Gardens Apartment, North Little Rock, Pulaski County, AR.

12.     Plaintiff Bernamesha Young is an adult resident citizen of Shorter College Gardens Apartment, North Little Rock, Pulaski County, AR.

13.     Plaintiff Kiara Booker is an adult resident citizen of Shorter College Gardens Apartment, North Little Rock, Pulaski County, AR.

14.     Plaintiff Miyana Bryant is an adult resident citizen of Shorter College Gardens Apartment, North Little Rock, Pulaski County, AR.

15.     Plaintiff Kelly O'Donald is an adult resident citizen of Shorter College Gardens Apartment, North Little Rock, Pulaski County, AR.

16.     Plaintiff Shanta Burnett is an adult resident citizen of Shorter College Gardens Apartment, North Little Rock, Pulaski County, AR.

17.     The above-named Plaintiffs bring this action on behalf of a class of similarly situated persons under Rule 23 of the Arkansas Rules of Civil Procedure.

18.     Defendant Millennia Housing Management, Ltd. is a foreign corporation formed under the laws of the State of Ohio and authorized to do business in the State of Arkansas. This defendant

4

may be served through its registered agent, CT Corporation, located at 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

19.     Defendant Millennia Commercial Group, Ltd. is a foreign corporation formed under the laws of the State of Ohio and authorized to do business in the State of Arkansas. This defendant may be served through its registered agent, CT Corporation, located at 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

20.     Defendant Millennia Housing Development Ltd. is a foreign corporation formed under the laws of the State of Ohio and authorized to do business in the State of Arkansas. This defendant may be served through its registered agent, CT Corporation, located at 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

21.     Defendant Millennia Housing Capital, Ltd. is a foreign corporation formed under the laws of the State of Ohio and authorized to do business in the State of Arkansas. This defendant may be served through its registered agent, CT Corporation, located at 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

22.     Defendant SC Apartments AR LLC is an Arkansas non-profit corporation doing business as Shorter College Garden Apartments. This defendant may be served through its registered agent, C T Corporation System, located at 124 West Capitol Avenue, Suite 1900, North Little Rock, AR 72201.

23.     Defendants John Does 1-10 are other individuals, persons, corporate persons, or entities who may be liable for all or part of the acts and omissions committed resulting in the subject incident. Plaintiffs are currently unable to identify these Defendants despite diligent efforts. John Doe Defendants are named insofar as their acts and omissions were negligent or otherwise tortious concerning the maintenance and habitability of units located on the premises; health and safety

5

issues in public spaces; drafting the letter contained in Exhibit 1—therefore, placing the tenants in harms' way, and duty to not endanger the life, limb, health, property, safety, and public welfare of Plaintiffs, among other things.

## FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

24.    Plaintiffs re-allege and incorporate the above allegations in their entirety.

25.    The Millennia Defendants own and operate Shorter College Garden Apartments – an income-based affordable housing development in North Little Rock Arkansas. Millennia owns and operates more than 280 apartment developments in 26 states – many of which participate in rental assistance programs such as the ones offered by the United States Department of Housing and Urban Development. Millennia's apartment communities house more than 86,000 people and employ more than 1,100. On the company website, Millennia represents that "[p]reserving affordable housing, transforming communities, and enhancing lives through high-quality apartment communities is core to our mission."

26.    Millennia Commercial Group, Ltd. ("MCG") holds itself out as an entity that provides comprehensive real estate services tailored to the affordable multifamily industry. MCG also holds itself out to provide integrated facilities management services to several affordable and market-rate apartments owned and developed by the Millenia defendants.

27.    MCG holds itself out to have "integrated facilities management" at the core of its business model. MCG alleges to provide a proprietary MPS System of management that specifically defines "Methods, Procedures, and Standards for every MCG property."

28.    MCG holds itself out to be responsible for operation/budget management, fire/life safety and security management, engineering, and central plant management, among other things.

29.     Millennia Housing Management, Ltd. ("MHM") holds itself out to manage more than 30,000 apartment units nationally. MHM holds itself out to provide property management professionals who bring vast experiences to their daily responsibilities, and they focus on enhancing the resident experience via activities and programs.

30.     MHM asserts that its mission is "[t]o provide the highest quality of standards in the management, operation, and development of affordable and market-rate rental housing, thereby striving to enrich the quality of life for our residents."

31.     Millennia Housing Development, Ltd. (MHD) is a real estate development company that was responsible for recapitalizing and redeveloping several multifamily properties across the country. Upon information and belief, MHD applied for and utilized complex financing structures including the use of tax-exempt and taxable bond issues, 4% and 9% Low-Income Housing Tax Credits, state housing tax credits, soft subsidy loans through state and local governments, tax PILOTs/abatements, bridge loans and private equity investments for use at their affordable properties but MHD failed to allocate the funding to those same properties for proper maintenance, etc.

32.     Millennia Housing Capital, Ltd.  (MHC) holds itself out to provide comprehensive real estate services tailored to the affordable and market-rate multifamily industry. Upon information and belief, MHC assisted MHD with obtaining certain funds and credits to be used at its affordable properties, but it knew that MHD did not intend to immediately utilize those funds to recapitalize and redevelop the properties, which led to deferred maintenance, among other things.

33.     Based on Millennia's representations, Plaintiffs and other similarly situated tenants entered into rental agreements with Shorter College Garden Apartments and other Millennia-owned properties.

34.     During the term of their tenancy, Plaintiffs complained to management professionals about living conditions that negatively impacted their lives, health, and tenancy at Defendants' housing properties. Specifically, tenants reported the smell of gas and carbon monoxide, mold, bed bug and rodent infestation, inoperable heating and air conditioning units, trash pile-up, no hot water, inoperable elevators, defective plumbing, and other unsanitary and unsafe conditions.

35.     Despite receiving tenant complaints, management professionals allowed the unsafe, unsanitary, and defective conditions to remain unresolved.

36.     Complaints like the complaints listed in paragraph 34 are common among tenants in most, if not all, of Defendants' affordable housing apartment communities. Also common among Defendants apartment communities is Defendants' practice of misrepresenting or concealing defects, failing to repair defects reported by tenants, and allowing known dangerous conditions to exist.

37.     The following provides examples of Defendants' pattern of neglect and egregious conduct and the injuries that resulted.

   a. Tenant sued Bankhead Towers Apartments and Millennia Companies for creating an "unhabitable living situation" while profiting from leasing "pest-ridden apartments" to low-income…vulnerable members of the community.[2]

   b. Residents at Millennia's St. Stephens Woods Apartments in Prichard, Alabama report that the apartment complex has "become 'unlivable' due to mold, caving-in ceilings, and unresponsive management."[3]

   c. Tenants at Millennia's Southern Oaks Village in Florence, Alabama report a "multitude of problems, from mold to water leakages," making their living situation "unsafe for themselves and their families."[4]

---

[2]     See **Exhibit 2** – Newswire article published on October 30, 2020 (Birmingham, Alabama) *Unthinkable': Bankhead Towers Apartments Operators Hit with Class Action Over Alleged Refusal to Address Bed Bug Problem*

[3]     See **Exhibit 3** – NBC 15 Reality Check reported on September 7, 2022 *Poor Conditions at Prichard Apartment Complex*

[4]     See **Exhibit 4** – WHNT News reported on March 23, 2023 *Residents at Southern Oaks Village in Florence express concerns about apartment conditions*

d. Tenant made at least four complaints in person to apartment complex management about the smell of gas within their apartment before the gas explosion in the apartment unit. Maintenance workers came to inspect but there was no follow-up to address the issue. The fire explosion resulted in severe burn-related injuries to the family of four.[5]

e. Shorter College Garden Apartments Management Staff sent a letter misrepresenting that an inspection of the underground gas line infrastructure had taken place when it in fact had not.[6]

Further examples include various news articles attached to the Complaint as Exhibits 6-27.

38.     Defendants represent that it utilizes HUD Form 90105a Rental Agreement for lease agreements. Based on the agreement, Defendants are contractually obligated to:

(1) regularly clean all common areas of the project;

(2) maintain the common areas and facilities in a safe condition;

(3) arrange for collection and removal of trash and garbage;

(4) maintain all equipment and appliances in safe and working order;

(5) make necessary repairs with reasonable promptness;

(6) maintain exterior lighting in good working order:

(7) provide extermination services, as necessary; and

(8) maintain grounds and shrubs.

39.     As a result of Defendants' representations of vast property management experience and commitment to service, and Millennia's mission to provide affordable and quality housing, Defendants entered into lease agreements with Millennia Defendants.

40.     During their tenancy at Millennia properties, Plaintiffs were exposed to unhealthy, dangerous, and defective conditions that existed at no fault of the tenants.

---

[5]     See **Exhibit 5** – News 4 Jax reported on January 18, 2021 *Jacksonville family reported gas smell four times before explosion, state investigators find*

[6]     See **Exhibit 1**

41.     Plaintiffs notified property management upon discovering defective conditions, and property management consistently either failed to respond to tenant complaints, failed to repair the defective condition, or misrepresented the nature and severity of the defect and the potential danger to tenants living on the premises.

42.     The named Plaintiffs seek to represent a class of:

> All residents of Defendants' apartments listed in **Exhibit 29** at any time within the past three years from the date of this Class Complaint to the present.
>
> PLAINTIFFS RESERVE THE RIGHT TO AMEND THE DEFINITION OF THE CLASS AS DISCOVERY PROCEEDS.

## CLASS CERTIFICATION IS APPROPRIATE

43.     Plaintiffs bring this action on behalf of themselves and all other similarly situated parties pursuant to Arkansas Rule of Civil Procedure Rule 23. This action satisfies the requirements of numerosity, commonality, typicality, adequacy, predominance, and superiority.

44.     Plaintiffs satisfy the requirement of **numerosity** because the class is so numerous that the joinder of all members is impracticable. Based on the large number of residents in each property and the amount of properties under the control of Defendants, this class would include well over 100 tenants.

45.     Plaintiffs satisfy the requirement of **commonality** because Defendants' acts, independent of any action by class members, establish common questions relating to the entire class. The complaints of several tenants across several states sound nearly identical. The tenants in both Little Rock and Jacksonville, Florida complained about gas leaks that eventually resulted in explosions. Tenants in Memphis and Pittsburgh complained about malfunctioning elevators. Tenants in Memphis and Kansas City mentioned issues with or complete lack of air conditioning. This trend

is common among all tenants that have had issues. There are questions of law and fact common to the plaintiffs that predominate over affecting them individually. Among these questions are:

a.  Whether Defendants' apartments have gas leaks;

b.  Whether Defendants' apartments have routinely inoperable heat;

c.  Whether Defendants' apartments have routinely inoperable hot water;

d.  Whether Defendants' apartments have malfunctioning elevators;

e.  Whether Defendants' apartments contain mold;

f.  Whether Defendants' apartments have inoperable plumbing;

g.  Whether Defendants' apartments have pest infestations;

h.  Whether Defendants' apartments lack adequate security;

i.  Whether Defendants' apartments are unsanitary;

j.  Whether Defendants' apartments have inoperable air conditioning for extended periods;

k.  Whether Defendants' apartments have high crime rates;

l.  Whether Defendants regularly cleaned all common areas of the project;

m. Whether Defendants maintained the common areas and facilities in a safe condition;

n.  Whether Defendants arranged for routine removal/disposal of trash and garbage;

o.  Whether Defendants maintained all equipment and appliances in safe and working order;

p.  Whether Defendants made necessary repairs with reasonable promptness;

q.  Whether Defendants maintained exterior lighting in good working order:

r.  Whether Defendants provided extermination services, as necessary; and

s.   Other issues to be proven at trial.

46.     Plaintiffs satisfy the requirement of **typicality** because the claims of the representative parties are typical of the claims of the class. The claims arise from the same course of conduct that gives rise to claims of other class members and is based on the same legal theory. All complaints arise from the same pattern of neglect that gives rise to the claims of other class members.

47.     Plaintiffs satisfy the requirement of **adequacy** because representative counsel is qualified, experienced, and generally able to conduct litigation. There is no evidence of collusion or conflicting interests between representative and class members. Representative counsel displays beyond the minimal level of interest in action, familiarity with practices challenged, and the ability to assist in decision-making as to the course of litigation. Representative counsel, comprised entirely of attorneys from the highly regarded Cochran Firm, is qualified, experienced, and able to conduct the litigation of this matter. The representatives are beyond interested in the action and are familiar with the practices challenged. The representatives can assist in decision-making and strive to ensure that all other class members are considered in their decisions.

48.     Plaintiffs satisfy the requirement of **predominance** because questions of law or fact common to class members predominate over questions affecting only individual members. While there may be questions of law or fact that are specific to a smaller sub-sect of the class, a majority of the claims are common and typical amongst all members of the class.

49.     Plaintiffs satisfy the requirement of **superiority** because resolving claims in one action as opposed to multiple, widely dispersed trials is fair to all parties. Due to the massive number of claims and potential plaintiffs, it is efficient and beneficial to all parties to litigate this matter *en masse* instead of filing hundreds of separate complaints.

## CLAIMS FOR RELIEF

### Count I
*Negligent Hiring, Retention, Supervision, and Control,* **and**
*Failure to Take Remedial Action*

50.    Plaintiffs re-allege and incorporate the above allegations in their entirety.

51.    At all relevant times, Defendants had a duty to exercise ordinary care in the hiring, supervising, and training of its employees, as well as in the maintenance of its properties. Defendants breached that duty in the following respects, among others:

(a)    failing to adequately evaluate the competence of employees, agents, or servants;

(b)    failing to adequately train employees, agents, or servants;

(c)    failing to properly supervise employees, agents, or servants;

(d)    failing to comply with industry standards and regulations regarding property management and maintenance of premises;

(e)    other acts of negligent hiring, retention, supervision, and control will be more fully shown at trial.

52.    The above acts constitute negligence and were each a proximate cause of the occurrences in question. Further, the acts and omissions of Defendants proximately caused Plaintiffs' damages. As a result, Plaintiffs seek damages for wrongful death, if applicable, mental pain and suffering, emotional distress, conscious pain and suffering, loss of past and future earnings, and any other economic, non-economic, actual, compensatory, incidental, and consequential damages recoverable.

### Count II
*Premises Liability*

53.    Plaintiffs re-allege and incorporate the above allegations in their entirety.

54.    Defendants, as the proprietors/operators of the subject apartments, owed Plaintiffs a duty to maintain the premises in a reasonably secure and safe condition, including a duty to exercise

reasonable care to protect them from reasonably foreseeable injury. At all relevant times, Defendants were negligent in their failure to fulfill the duty of ordinary reasonable care to make its properties reasonably safe, including failing to take reasonable precautions or measures to protect patrons from the foreseeable harm suffered by Plaintiffs and the class.

55.     Defendants were aware of the unsafe defective conditions on the premises including, but not limited to, inoperable hot water, mold, defective plumbing, rodent and insect infestation, inoperable smoke detectors, inoperable fire alarms, inoperable carbon monoxide detectors, leaking gas lines, among other things.

56.     Defendants had actual or constructive knowledge of dangerous and defective conditions present on the premises at all times relevant. Defendants failed to take reasonable, timely corrective action despite their actual and constructive knowledge. Defendants' failure proximately caused the harm suffered by Plaintiffs and the class.

57.     Defendants had a duty to warn residents and invitees of the unsafe and defective conditions. Defendants failed to warn Plaintiffs of known dangerous and defective conditions and protect them from foreseeable injury. Defendants' acts and omissions proximately caused the harm suffered by Plaintiffs and the class.

58.     Defendants had actual or constructive knowledge of the necessity of reasonable inspection of their properties and the need to make the premises safe from the foreseeable harm suffered by Plaintiffs and the class. Defendants failed to take reasonable, timely action to address and correct dangerous and defective conditions despite their actual and constructive knowledge. Defendants' acts and omissions proximately caused the harm suffered by Plaintiffs and the class. As a result, Plaintiffs seek damages for wrongful death, if applicable, mental pain and suffering, emotional

distress, conscious pain and suffering, loss of past and future earnings, and any other economic, non-economic, actual, compensatory, incidental, and consequential damages recoverable.

**Count III**
*Negligence*

59.    Plaintiffs re-allege and incorporate the above allegations in their entirety.

60.    Defendants, as the owners and operators of business premises, have a duty to exercise reasonable care to protect the Plaintiffs and the class from reasonably foreseeable injuries occurring on the premises. Specifically, Defendants have a duty to provide reasonable safety measures for the protection of all residents, invitees, guests, and patrons of the apartment complexes from foreseeable harm.

61.    Defendants and other relevant employees/agents owe a duty to invitees to exercise reasonable care to protect invitees from reasonably foreseeable injuries, specifically the duty to make the premises safe and to provide adequate safety measures.

62.    At all times, Defendants knew or should have known that the subject premises were not equipped with operable gas and plumbing, adequate heating and cooling equipment, working elevators, mold-free units, adequate security, and fire protective measures such as smoke detectors. As a result, Defendants were aware that the apartments were not reasonably safe for their residents.

63.    Defendants were always aware that their apartment communities and units were not reasonably safe for their tenants or other invitees, guests, and patrons. Despite its knowledge of these unsafe conditions, Defendants did nothing to remedy or address the unsafe conditions and inadequacies.

64.    Plaintiffs and the class suffered harm as a result and proximate consequence of Defendants' negligence; breach of duty of care; failure to warn of inadequate utility services, appliances,

security, and safety measures, among other things; and for failing to ensure that the property was being properly maintained to avoid foreseeable harm.

65.     As a direct and proximate result of the collective negligence and breach of duty of care of Defendants, Plaintiffs suffered serious injuries.  As a result, Plaintiffs seek damages for wrongful death, if applicable, mental pain and suffering, emotional distress, conscious pain and suffering, loss of past and future earnings, and any other economic, non-economic, actual, compensatory, incidental, and consequential damages recoverable.

## Count IV
### *Gross Negligence*

66.     Plaintiffs re-allege and incorporate the above allegations in their entirety.

67.     The actions of Defendants involved an extreme degree of risk considering the probability and magnitude of the potential harm to the Plaintiffs and the class. At all times relevant, Defendants had actual, subjective awareness of the risk, but preceded with conscious indifference to the rights, safety, or welfare of Plaintiffs and the class. Defendants' conduct is reckless and constitutes gross negligence (or malice) as the term is defined under Arkansas law.

68.     Defendants' deliberate, reckless conduct is the proximate cause of Plaintiff's damages. Plaintiffs and other similarly situated parties are therefore entitled to punitive damages.

## Count V
### *Breach of Contract*

69.     Plaintiffs re-allege and incorporate the above allegations in their entirety.

70.     Defendants' lease agreement,[7] HUD Form 90105a, provides that the landlord's obligations, *inter alia*, are to:

> (1)  regularly clean all common areas of the project;

> (2)  maintain the common areas and facilities in a safe condition;

---

[7]      See **Exhibit 28** – Model Lease for Subsidized Programs

(3)  arrange for collection and removal of trash and garbage;

(4)  maintain all equipment and appliances in safe and working order;

(5)  make necessary repairs with reasonable promptness;

(6)  maintain exterior lighting in good working order:

(7)  provide extermination services, as necessary; and

(8)  maintain grounds and shrubs.

71.    Defendants' failure to maintain Shorter College Gardens and its other affordable housing apartments in a decent, safe, sanitary condition per the rental agreement constitutes breach of contract and duty of good faith and fair dealing.

72.    Defendants' breach proximately caused Plaintiffs' damages. Plaintiff is therefore entitled to all relief allowed for Defendants' breach of contract.

<div align="center">

**Count VI**
*Breach of Implied Warranty of Habitability*

</div>

73.    Plaintiffs re-allege and incorporate the above allegations in their entirety.

74.    Defendants had a duty, at the time possession was delivered to its tenants and throughout the term of the lease agreement, to ensure that the premises were fit for human living. Specifically, Defendants had a duty to provide an available source of hot and cold running water; an available source of electricity; a source of potable drinking water; a sanitary sewer and plumbing system that could comply with building and housing codes; a functioning roof and building envelope; and a functioning heating and air conditioning system, among other things.

75.    Defendants failed to maintain Shorter College Gardens and other apartment communities and units in habitable condition.

76.     The above acts constitute negligence, gross negligence, and breach of the implied warranty of habitability. Defendants' acts and omissions were each a proximate cause of the occurrences in question. Further, the acts and omissions of Defendants proximately caused Plaintiffs' damages and damages suffered by the class.

77.     The above acts further constitute a breach of or noncompliance with implied residential quality standards and other applicable housing standards.

### Count VII
*Unjust Enrichment*

78.     Plaintiffs re-allege and incorporate the above allegations in their entirety.

79.     Defendants' failure to maintain the premises, failure to provide adequate utilities and services, and failure to make necessary repairs, among other things, while continuing to collect rental payments from tenants, in full, and receiving tax credits constitutes unjust enrichment.

80.     Such acts and omissions leading to the Defendant's unjust enrichment were the actual and proximate cause of harm to Plaintiffs.

81.     Accordingly, Defendants are liable in damages to Plaintiffs, arising out of their unjust enrichment.

### Count VIII
*Respondeat Superior*

82.     Plaintiffs re-allege and incorporate the above allegations in their entirety.

83.     Certain John Doe Defendants 1-10 were in the course and scope of his/her employment with Millennia Housing Management, Ltd., Millennia Commercial Group, Ltd., Millennia Housing Development, Ltd., Millennia Housing Capital, Ltd., and SC Apartments AR, LLC at all relevant times, and therefore, these Defendants are liable for the negligence of its employees/statutory employees.

84.     At all pertinent times, Defendants collectively were in sole and complete control of their properties and personnel as well as the individuals they allowed onto their premises.  Defendants negligently and recklessly failed to exercise the power necessary to avert such harm by ensuring that the proper supervision, experience, and safety measures were in place to avoid the harm suffered by Plaintiffs and the class.

85.     Defendants were presented with an available opportunity to avoid the resulting harm. Defendants, however, failed to exercise such control over their properties, among other things, to prevent the harm suffered. The manner of injuries sustained by Plaintiffs is the type that does not ordinarily occur in the absence of negligence.

86.     The acts and omissions of these Defendants, under the present set of circumstances, provide an inference of negligence on the part of these Defendants, either individually or collectively, to establish a prima facie case.  The mere occurrence of this incident and the resulting injury, taken with the surrounding circumstances, should allow for an inference of negligence against these Defendants.

87.     The above acts constitute negligence and were each a proximate cause of the harm in question.

### Count IX
*Fraudulent Misrepresentation*

88.     Plaintiffs re-allege and incorporate the above allegations in their entirety.

89.     Defendants made intentional or reckless misrepresentations of fact intending to coerce Plaintiffs and other similarly situated tenants into action or inaction based on the misrepresentation.

90.     Defendants represent that "[p]reserving affordable housing, transforming communities, and enhancing lives through high-quality apartment communities is core to our mission."

Defendants also represent that its "property management professionals not only bring vast experience to their daily responsibilities, but they also focus on enhancing the resident experience via activities and programs; this commitment to service is what differentiates Millennia."

91.    Plaintiffs and other similarly situated tenants relied on Defendants' representations of high-quality apartment communities, affordable housing, and experienced property management professionals with a commitment to service and entered into lease agreements with Defendants.

92.    As a result of Defendants' intentional misrepresentations and Plaintiffs' reliance on those representations, Plaintiffs and other similarly situated tenants suffered harm.

93.    Defendants also made intentional, reckless misrepresentations regarding defective conditions and their efforts to repair defective conditions once reported by the tenants. Defendants made these representations intending to coerce Plaintiffs to remain tenants and continue paying rent – depriving tenants of available remedies or coercing them to take no action to avoid injury.

94.    As a result of Defendants' intentional misrepresentations and Plaintiffs' reliance on those representations, Plaintiffs and other similarly situated tenants suffered monetary, mental, and physical injuries.

## Count X
### *Punitive Damages*

95.    Plaintiffs re-allege and incorporate the above allegations in their entirety.

96.    At all relevant times, Defendants owed a duty to Plaintiffs to act with due care and regard for Plaintiffs' rights, safety, and interests, including Plaintiffs' property interests.

97.    Defendants continuously breached their duty of care to Plaintiffs and such breaches constitute outrageous, willful, wanton conduct and reckless disregard of the rights and safety of Plaintiffs, among other things.

98.     Defendants' outrageous conduct towards Plaintiffs was done with ill motives and reckless

indifference to Plaintiffs' interests.

<div align="center">**PRAYER FOR RELIEF**</div>

Pursuant to the Arkansas Rules of Civil Procedure, Plaintiffs demand that all issues of fact,

in this case, be tried by a jury.

Plaintiffs, for their causes of action, pray for judgment against all Defendants, as follows:

1.      For damages totaling a minimum of **$860,000,000**, which represents an average of

$10,000 per 86,000 people Millenia asserts reside at its properties, or an amount to be

determined by a jury;

2.      For all general and special damages caused by the conduct of Defendants;

3.      For costs and expenses of litigating this case;

4.      For punitive damages a minimum of **$4,300,000,000**, which represents an average

of $50,000 per 86,000 people Millenia asserts reside at its properties, or an amount to be

determined by a jury sufficient to punish Defendants for their egregious conduct and to

deter all Defendants from repeating such atrocities; and

5.      For all other relief to which Plaintiffs are entitled under Arkansas law.

Dated this the ___ day of _____, 2023.

Respectfully submitted,

**JORDAN WARREN, KIARA BOOKER
BERNAMESHA YOUNG, MIYANA BRYANT
KELLY O'DONALD, PHILLIP WOMACK,
SHANIA BURNETT, individually and on behalf of
all similarly situated persons**

BY:     */s/ Chauncy Graham*_____
        CHAUNCY GRAHAM | AR # 2021286
        *Attorney for Plaintiffs*

**OF COUNSEL:**
CHAUNCY GRAHAM (AR # 2021286)
THE COCHRAN FIRM-LITTLE ROCK
323 Center Street
Suite 1601
Little Rock, AR 72201
501.916.4900 (Telephone)


*Pro Hac Vice to be submitted:*

Terris C. Harris, J.D., LL.M.
Jeffrey M. Graves, Esq.
THE COCHRAN FIRM-JACKSON
197 Charmant Place, Suite 2
Ridgeland, MS 39157
601.790.7600 (Telephone)
tharris@cochranfirm.com

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 1 Page



**Millennia**
**HOUSING MANAGEMENT**

Shorter College Gardens
800 N. Beech Street
North Little Rock, AR 72114

October 18, 2022

Dear Residents of Shorter College Gardens:

At Shorter College Gardens, efforts to fully restore natural gas service to the property continue. Yesterday, the gas company inspected and approved the underground gas line infrastructure. Next steps of the phased process include the installation of the master meter by the gas company, and the inspection/approval of the infrastructure in each building by city officials. Once these steps are complete, the gas service will be restored building by building.

The coordination of these steps is underway, and all parties are working urgently and cooperatively to restore gas service as quickly and safely as possible to all. At this point, residents have access to hot water in the apartment homes, and the property management team is providing electric cooktops as a resource for cooking as well as checking the ambient temperature in the apartment homes.

If you need an electric cooktop, please contact the property management team; the team will make one available to you and your family. Additionally, we recognize that temperatures are cooling, and that you and your family may prefer temporary housing accommodations until the natural gas service is fully restored. The property management team is making this option available to you if you would like it; alternatively, we understand if you would like to stay in your home or with family or friends.

If you would like to temporarily stay in a hotel, please connect with the property management office so that we can make these arrangements. This resource will be available to you until the natural gas service is restored.

Sincerely,

Shorter College Gardens Management Staff

**EXHIBIT**
**1**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 5 Pages

8/16/23, 11:49 AM          'Uninhabitable': Bankhead Towers Apartments Operators Hit with Class Action Over Alleged Refusal to Address Bed Bug Problem

ClassAction.org

*in Newswire*
*Published on October 30, 2020*

# 'Uninhabitable': Bankhead Towers Apartments Operators Hit with Class Action Over Alleged Refusal to Address Bed Bug Problem

*by* **Corrado Rizzi**

### Carter v. Bankhead Towers Apartments LTD et al.
**FILED: OCTOBER 29, 2020  ◆  § 2:20-CV-01700**

●  **Read Complaint**

A class action alleges the operators of Birmingham, AL's Bankhead Towers
Apartments have unlawfully refused to address a pervasive bed bug
infestation.

**DEFENDANT(S)**          **LAW(S)**                                **STATE(S)**

· Bankhead Towers                                                    **Alabama**
  Apartments LTD. LLC

· Bankhead 2192 AL LLC

· Millennia Housing
  Management, LTD.

· Millennia Housing
  Development LTD, LLC

ⓘ  New to ClassAction.org? Read our Newswire Disclaimer



EXHIBIT
2

A proposed class action alleges the operators of Birmingham, Alabama's Bankhead Towers Apartments have willfully and wantonly violated federal health and safety regulations in refusing to correct what the plaintiff calls a "pervasive pest problem"—in particular with bed bugs.

The plaintiff, a Bankhead resident, alleges in the 22-page complaint that the failure of defendants Bankhead Towers Apartments LTD. LLC; Bankhead 2192 AL LLC; Millennia Housing Management, LTD.; and Millennia Housing Development LTD, LLC to address the pest issue has created an "uninhabitable living situation" while the entities continue to profit from leasing "pest-ridden apartments" to low-income and/or vulnerable members of the community.

According to the lawsuit, health and safety regulations set by the Department of Housing and Urban Development (HUD) mandates that all premises that receive funding through Section 8 of the Housing Act of 1937 be decent, safe, sanitary and in good repair. Moreover, all areas and components of such housing must be free of vermin, have no evidence of vermin infestation and comply with local building and maintenance codes, the case says.

The lawsuit states, however, that Bankhead Towers and its co-defendants, major recipients of Section 8 funding, have refused to do anything to address a bed bug problem plaguing renters' residences. According to the complaint, the plaintiff has, to no avail, "persistently advised" Bankhead management and maintenance staff of a bed bug infestation throughout the building and has herself "repeatedly suffered the indignity of being bitten by these vermin."

The lawsuit alleges the defendants have gone so far as to try to hide the apparent bed bug infestation from residents, including new and returning renters.

"Management and maintenance persistently failed to correct this vermin infestation, which remains present today," the suit claims. "Defendants, as a matter of policy express or implied, attempted to conceal the vermin infestation from Residents, including those renewing leases or moving into the building, by omitting mention of bed bugs in Resident meetings, notices, or other communications and ignoring notices that infestation was occurring.

Broadly, the defendants have received and thus should have been well aware of a series of notices and reports issued over the last decade by HUD, the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention with respect to a nationwide resurgence of bed bugs, the complaint asserts. Nevertheless, Bankhead residents have been "abandoned by management" and left to discover on their own that the building was plagued by a spreading bed bug infestation, the plaintiff says.

As the lawsuit tells it, the effect of the defendants' inaction toward the bed bug problem on residents has been alarming, leading some to periodically live elsewhere amid feelings of fear, shame, anxiety and disgust. From the complaint:

> *"Due to the inaction of management, Residents feared falling asleep, afraid of the vermin gorging upon their blood, afraid dawn would find them itchy, inflamed, and speckled with red bite marks and/or streaks throughout their bodies.*

> *Due to the inaction of management, Residents grew increasingly apprehensive about the real risk of infections, allergic reactions, and/or scarring resulting from this vermin infestation.*

> *Due to the inaction of management; Residents grew to feel shame and humiliation for the pervasive presence of vermin in their leased unit and/or wider apartment building;*

> *Due to the inaction of management, Residents suffered from constant fear and anxiety the vermin would invade their rented unit and/or remain in the same.*

> *Due to this unrelenting fear of vermin, Residents periodically had to flee their homes and seek refuge elsewhere, when the toll of cohabitating with vermin or the ever-present threat of invasions of vermin became unbearable."*

To date, Bankhead Towers "remains infested with bedbugs and current Residents continue to be endangered and damaged," the case claims.

The lawsuit looks to represent all individuals located and living in Bankhead Towers Apartments from within the longest period of time allowed by statute before the filing of this lawsuit up through and

including the date of any judgment in the case.

*Get class action lawsuit news sent to your inbox – sign up for ClassAction.org's newsletter here.*

○   ○   ○

**Case Spotlight**

**Hair Relaxer Lawsuits**

Women who developed cancer, endometriosis or reproductive problems after using hair relaxers such as Dark & Lovely and Motions may now have an opportunity to take legal action.

Read more here:   Hair Relaxer Cancer Lawsuits

o   o   o

**OPEN DOCUMENT**

**Corrado Rizzi**

corrado@classaction.org

Corrado Rizzi is the Senior Managing Editor of ClassAction.org.

*About ClassAction.org*

ClassAction.org is a group of online professionals (designers, developers and writers) with years of experience in the legal industry.

*Learn More*

○ **LOAD COMMENTS**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
WPMIC06D17 : 3 Pages

8/16/23, 1:19 PM                    NBC 15 Reality Check: Poor conditions at Prichard apartment complex

89°      95°      99°

*Search Site*

# NBC 15 Reality Check: Poor conditions at Prichard apartment complex

by Karris Harmon
Wed, September 7th 2022, 9:41 PM CDT







*NBC 15 Reality Check: Poor conditions at Prichard apartment complex (WPMI)*

0

89° 95° 99°

PRICHARD, Ala. (WPMI) — Residents at St. Stephens Woods Apartments in Prichard say the apartment complex has become unlivable.

Mold, caving-in ceilings, and unresponsive management are just some of the problems they say they're facing. Two residents say their apartment owners are neglecting them.

Ella Woodard lives at the complex. In February she noticed water leaking through her ceiling and into her apartment.

"I reported to them, and they didn't do nothing but send a maintenance person out. The maintenance person came, but they didn't fix the issue," Woodard said. "You will literally think it's raining in my bathroom."

Promoted Links

**6 Things Not to Do When Selecting a Financial Advisor.**
SmartAsset

Learn More

**Egging prank ends with 1 dead, 3 charged with murder**

**Arkansas College Named Worst College In The US**
BrainSharper

**Infant dies after mother left her alone for 8 days to go on vacation**

The leaking water is causing dark mold and mildew to spread through her entire apartment.

"I showed them pictures and everything, and I also have a sickly child that can't, you know, be inhaling this. And she's always in and out of the hospital, and they still have not wanted to do anything," Woodard said.

She :                                n to the mold problem

                                                                    89˚        95˚        99˚

"They just spray painted over the ones in the bathroom, and they told me that we have to keep
our windowsills clean with bleach. Okay I've done that, and there's still mold," Woodard said.

Antonio Duckworth lives in the complex as well. He says his living conditions are not any better.
He tells me his air conditioning hasn't worked in more than two years, and that's not the only
problem.

"My ceiling, it's about to cave in. My bathroom closet, the ceiling has mildew all up through it. I
have kids that live with me. I have had to take these kids to the hospital twice," Duckworth said.

His walls have fallen in, his broken windows have not been replaced, and his bathroom sink
leaks. The water is overflowing into Woodard's apartment.

Millennia Housing Management oversees these apartments, and residents say it is difficult to
reach them. One reason for that is the front office is burned down. Residents have to reach out
to another party just to do simple things like pay rent.

"They just need to move everybody out and tear these down," Duckworth said. "Or they need
to come and actually do their job and actually fix stuff."

When I went to the complex today, management who was onsite told us they could not do an
interview with us. Woodard tells me after our news car left, a maintenance man came to
inspect her apartment. She says she's not confident anything will be fixed.

💬 **JOIN THE CONVERSATION (0)**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 2 Pages

8/16/23, 1:20 PM                    Residents at Southern Oaks Village in Florence express concerns about apartment conditions

80°                                                                                            SIGN UP



SHOALS

## Residents at Southern Oaks Village in Florence express concerns about apartment conditions

by: Darryl Burke
Posted: Mar 23, 2023 / 07:19 PM CDT
Updated: Mar 23, 2023 / 07:19 PM CDT

FLORENCE, Ala. (WHNT) — People living at Southern Oaks Village in Florence say they are dealing with a multitude of problems, from mold to water leakages, saying these are some of the issues they've been dealing with for months.

The residents, who did not want to be identified, said mold and other problems have made their living situation unsafe for themselves and their families.

**Special Olympics hosted in Florence  ❯**

Residents claim a failure of the apartment complex to follow through with inspections led to buildings falling apart.

ADVERTISING



"I get inspection notices but the inspection never happens," said one resident.

Another resident that has a disability claims she can't bathe due to the complex's failure to provide accessible equipment in her shower.

"Yea we gonna get it we almost getting the application to go get it still ain't got it yet I'm still sitting here I can't take a bath I have to have a wash up every day," the resident told News 19.

ADVERTISEMENT

**Cook Museum celebrates Spring Fest Fun Day with educational activities!** ›

News 19 reached out to the out-of-state management company that runs Southern Oaks Village, Millennia Housing Management.

In response, Millenia said they are being responsive to resident needs.

"Being responsive to resident needs is a priority for the management company… Further, to identify needs at the apartment community, the regional leadership team plans to inspect 100 percent of the apartments in the coming weeks," Millennia Housing said.

Earlier this month, the management company elected a new vice president to preside over Southern Oaks Village in an effort to strengthen apartment operations.

Suggest a Correction

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

**Gwen Stefani, 53, Takes Off Makeup, Leaves Us With No Words**
Finance Wealth Post

**Chrissy Metz, 42, Shows Off Massive Weight Loss In Fierce New Photo**
Daily Finance Stories

Learn More

**This Star of Harry Potter is Probably the Most Beautiful Woman in the World**
BridesBlush

✕

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 2 Pages

8/16/23, 11:43 AM                    Jacksonville family reported gas smell four times before explosion, state investigators find

**LOCAL NEWS**

# Jacksonville family reported gas smell four times before explosion, state investigators find

Seven people were sent to the hospital after

Kelly Wiley, I-TEAM reporter

Published: January 18, 2021 at 7:14 PM
Updated: January 19, 2021 at 7:45 AM

Tags: Jacksonville, Duval County

*Prior to the incident, a news report says a family complained of gas to maintenance workers, however the issue was not addressed.*



JACKSONVILLE, Fla. – State investigators say a Jacksonville family reported the smell of gas in their government-subsidized apartment four times **leading up to a gas explosion in their unit** in 2019. Seven people were sent to the hospital. Five were from the same family. The youngest victim was just two years old.

Danielle Ethridge, 30, sustained the worst injuries. Investigators reported burns on more than 80% of her body. Three of her children were hospitalized with burns on most of their bodies.

Witnesses told investigators with the Florida Division of Investigative and Forensic Services that Ethridge would not leave the apartment because she was looking for her other children.

"Her primary memory is that she was trying to save her kids," said Ethridge's attorney J. Ryan Will. "She remembers that there was a loud explosion. She remembers a lot of pain from the fire. She was on fire."

State investigators ruled the fire accidental but reported the family made at least four complaints in-person to the apartment complex management about the smell of gas within their apartment. Ethridge's husband told investigators both times maintenance workers came to inspect but there was no follow-up to address the issue.

EXHIBIT
5



Gas company, TECO Energy, told News4Jax the company was called to investigate the smell of gas months before the fire in April 2019.

"We investigated all of them, and any leaks were reported to the facility's management team," the spokesperson for TECO gas wrote in an email in July 2019.

Following the fire, TECO gas reported it cut off gas service to the building impacted by the fire at the Calloway Cove Apartment complex. The U.S. Department of Housing and Urban Development reported 28 families were evacuated from the complex after the fire because safety violations were discovered.

Ethridge filed a lawsuit against the management company, Millennia Housing Management, Ltd, and the owners of the government-subsidized housing, Millennia Jacksonville FL TC LP, for negligence.

In the lawsuit, attorneys say the family was given "no warning" of the gas leak from a properly installed gas detection device and had no access to a properly mounted and maintained fire extinguisher. Attorneys also allege the owner and manager of the property failed to replace dangerous and defective gas appliances and fuel gas systems or warn families of the dangerous condition at Calloway Cove Apartments in Northwest Jacksonville.

"From our vantage point, the explosion clearly occurred as a result of someone's negligence," said Will. "There are a couple companies here that were both owners and the maintenance personnel involved with different buildings."

Will says Ethridge spent nearly a year in the hospital undergoing surgeries. Part of which was spent in a medically induced coma. Court documents show one of Ethridge's medical bills amounted to more than $1.8 million after insurance adjustments.

Although state investigators have closed their investigation, the report states a federal regulatory case is still open. Attorneys for Ethridge say the U.S. Department of Housing and Urban Development along with other agencies are actively investigating the fire.

News4Jax reached out to Millennia Companies and a spokesperson said as a matter of policy, the company is unable to comment on matters of litigation.

*Copyright 2021 by WJXT News4Jax - All rights reserved.*

**ABOUT THE AUTHOR:**



**Kelly Wiley**
Kelly Wiley, an award-winning investigative reporter, joined the News4Jax I-Team in June 2019.

✉ email   fi facebook

**Read next:**

   **Another winning Mega Millions ticket sold in Jacksonville area**

   **2 killed when BMW plows into Firehouse Subs on University Boulevard, catches fire**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 4 Pages

8/16/23, 1:15 PM                Four years after Jacksonville declared Eureka Garden a crisis, tenants see change

## jacksonville.com | The Florida Times-Union

LOCAL

# Four years after Jacksonville declared Eureka Garden a crisis, tenants see change

**Andrew Pantazi** apantazi@jacksonville.com
Published 6:41 p.m. ET Feb. 7, 2020

For the first time since Taniesha Jackson moved into the apartments that used to be called Eureka Garden, she and her children aren't struggling to breathe.

Jackson, like her children and many of those living at Valencia Way, lives with asthma, which has meant she and her kids have had many sick days while dealing with mold in their apartment. But on Friday, workers completed a renovation of her apartment building.

"They did a really good job," she said. "It's very important. My kids are my top priority."

**RELATED** | Read more Jacksonville-area news

The Millennia Companies, the company that bought the former Eureka Garden apartments in 2018, changed Eureka Garden's name and started its rehabilitation project in 2018 with three buildings that it calls its "hotel units." It moves families into those units while it overhauls their homes. On Friday, Jackson and others moved back into their home units.

While Millennia said it expects to complete its overhaul of the apartments this year, the City Council will vote Tuesday night whether to cut the company's property tax bill in half to help it fund renovations.

For decades, the apartments garnered negative attention as a center of violence and poor living conditions. In 2015, an army of city code inspectors descended on Eureka Garden and found code violations in every single apartment they examined, many of those violations threats to the tenants' health. For the next three years, city and federal officials of both parties railed against Eureka Garden's then owners, the nonprofit Global Ministries Foundation, for failing to maintain any of its properties, which included Eureka Garden and six other properties.

EXHIBIT
6

Finally, in 2018, the U.S. Department of Housing and Urban Development forced Global Ministries to sell Eureka Garden, along with six other properties in Jacksonville. Millennia bought four of those properties with a tax-exempt housing bond to finance more than $44 million in renovations.

The complex's rehabilitation has included rough spots for tenants. Last fall, residents went six weeks with no gas, which meant no hot water and no working oven. Millennia, the new owners, said that the gas lines were installed in the 1960s, and there were leaks throughout the pipes. There was only one shut-off valve, so the entire complex had to lose gas while the company replaced the entire system.

Jackson said, despite the lack of hot water and lack of hot food, she appreciated that the company provided catered meals and communicated what was happening. She said the company refunded some of her rent during that time.

"It's a lot different with management," she said, a reference to past problems with previous management companies at the complex. Millennia directly manages and owns the property, rather than contracting the management to another company.

Now there are shut-off valves at each of the 38 buildings, Millennia said.

City Councilman Garrett Dennis, who represents Valencia Way, said that despite some complaints about the changes, "they've been very responsive. They're turning a good product."

Mayor Lenny Curry's office, along with Dennis and Councilman Matt Carlucci, drafted a bill that agreed to cut the company's city property tax bill in half for the next 10 years or until the reduced amount reaches $2 million. Global Ministries, because it was a nonprofit, didn't have to pay any property taxes.

"Some of the unexpected issues include the need to replace the natural gas system utility infrastructure at Valencia Way, major plumbing repairs at Palmetto Glen, and other items such as termites, soil contamination and overall deterioration at all four communities," according to the bill's fact sheet.

Curry's deputy chief administrative officer, Stephanie Burch, said in an email that while the construction has been delayed, "the mayor is very pleased with the progress Millennia has made in a short time frame. Millenia has taken on an extremely large renovation project at four separate multifamily properties totaling over $51,000,000 worth of life safety and

quality of life improvements to provide Jacksonville citizens with safe, affordable, and dignified housing."

The Rev. Mark Griffin of Wayman Ministries, a church across the street from Valencia Way, said his parishioners don't complain about management the way they used to.

"I think the new ownership is doing a tremendous job. They inherited a property that had a lot of deferred maintenance. They've addressed the issues head on. ... The whole tone in which they've handled some of these challenging situations has really helped the residents get through it. They are treating the residents truly like their customers. That was not the case with Global Ministries."

On Friday, Millennia's staff helped move its tenants out of their hotel units and back into their homes, carrying boxes and furniture for tenants who asked for help.

"Once their buildings are done, I see it every time: The excitement of 'this is mine,'" said Toimiken Potts, Millennia's senior activities director.

The new apartments include new flooring, new walls, new appliances, ceiling fans and even central air conditioning to replace old window units. The digital air conditioning controls, to combat mold, include a humidity reading for the apartments.

"I was feeling icky in the last apartment, but now I have a sense of [this is] brand new," said Aisha Douglas, a 43-year-old mom of four. "I love my little apartment. I can't lie. God is good."

She said she still worried that the ceilings weren't fully sealed, pointing to a crack near the top of the wall. If rain is able to come in, then the mold will just come right back. But she said she'd have to wait and see. But in the meantime, she said she appreciates the amenities.

"I'm loving the dishwasher. Lord knows, I'm loving the dishwasher, the built-in microwave and the cabinets."

Shannel Pinkney-Respess, like Douglas and Jackson, said that living in the apartment before meant frequent concerns for her children's asthma, which included nighttime nebulizer treatments. But just two months of living in the hotel units showed how different things could be.

"You could tell a huge difference. It was really dramatic. The kids were sleeping," she said.

"With the corrections they've made," her husband, Darren Respess, said, "it's going to be a lot less stress."

Now, he said, people can come into the complex with a positive mindset, and that might really spark a change.

ELECTRONICALLY FILED
Pulaski County Circuit Court
Hollingsworth Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 2 Pages

8/17/23, 4:54 PM                    Residents upset over living conditions at Macon apartment complex | 13wmaz.com

LOCAL NEWS

# 'Condemn them': Residents upset over living conditions at Macon apartment complex

Residents at Blossom Hill Estates are upset with managers that their units are unlivable





Author: Kamilah Williams
Published: 6:39 PM EDT May 21, 2022
Updated: 6:39 PM EDT May 21, 2022

MACON, Ga. — If you have an issue with your apartment, you usually tell the property manager, and someone will come fix the problem.

But some residents in a Macon apartment complex say they've had enough of issues not being fixed. At Blossom Hill apartments, it's both the inside and outside that are the problem.

https://www.13wmaz.com/article/news/local/residents-upset-over-living-conditions-at-macon-apartment-complex/93-7d7b56



EXHIBIT
7

"The apartment in the bathroom… it started off leaking," said Cheryl Howard.

She moved units two weeks ago at Blossom Hill Estates. She says her previous unit grew mold all over the furniture.

"The water [was] coming up under the stove from the other side. I keep a lot of water on the floor under the stove. You always have to watch yourself, so you don't fall in the water. That's been a problem because they haven't fixed that," said Howard.

She says she would call the property manager to have someone fix the issues, but she's still waiting for someone to come fix other issues like the A/C and her cracked door.

Howard isn't the only one.

"It might take a month before we hear them because they don't answer the phone," said William Crayton.

He's lived in his current unit for almost seven years. He has mold in his bathroom and water damage on the ceiling in his kitchen.

All the residents got a letter from the complex saying rent will go up on June 1. Howard says it's ridiculous and believes she shouldn't have to pay $100 more because of all the problems.

The letter says two bedroom units will increase to $747 and a three bedroom will now cost $882.00. Previously, Howard was paying around $630 for a two bedroom.

According to documents requested from the Macon-Bibb County Department of Code Enforcement, an inspection on a unit was in violation with their property codes. Some violations were the windows, doors, and rodent infestation.

Howard wants something done now.

"I hope they come in and remodel, snow up, fix them up. Do what they need to do. Condemn them. Do whatever they need to do." said Howard.

RELATED ARTICLES:

Man shot, killed at River Park Apartments in Macon

Neighbors stall 780-acre solar plant in west Bibb but downtown Macon hotel, apartments clear P&Z

Some women may be entitled to over $170,000

If you or a family member had Uterine, Ovarian, or Endometrial cancer, you may be entitled to significant compensation. Time limits apply

Hair Relaxer Cancer Claims | Sponsored

Sign Up

Little Rock, Arkansas: Notice for cars used less than 30 miles/day

Drivers are surprised that they never knew this. If you drive less than 30 miles a day, you better read this…

US Auto Insurance | Sponsored

Learn More

Here's What Gutter Guards Should Cost You In 2023

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 4 Pages

https://www.wpsdlocal6.com/news/family-of-woman-killed-in-carbondale-apartment-trash-compactor-suing-property-management-company/article_adccd73c-fe0e-11ea-a2ba-07c767847530.html

## Family of woman killed in Carbondale apartment trash compactor suing property management company

Leanne Fuller
Sep 23, 2020

CARBONDALE, IL — The family of the woman whose body was found inside the trash compactor of a Carbondale apartment complex has filed a lawsuit against the complex, saying the building did not provide proper security measures to protect residents and guests.



In May of Last year, **Carbondale police said 37-year-old Kristin Duncan of Murpysboro was found dead inside a "mechanical device" at the Carbondale Towers apartment complex.**

A lawsuit filed by Morgan and Morgan on behalf of Duncan's family says Duncan went to visit friends at Carbondale Towers when she became involved in some sort of dispute or attack. The suit says Duncan began running door to door in the complex, knocking and begging people to help her before "they" kill her. That's when the lawsuit says someone forced Duncan down the trash chute at no lower than the sixth floor of the building. "Her purse was found still jammed in the chute following her death," the lawsuit says.



on the compactor, and Duncan "was crushed to death by the hydraulic mechanism," the lawsuit states.



                                        Report this ad

It is not known who turned the trash compactor on.

The lawsuit accuses the company that owns Carbondale Towers, Mellennia Housing Management, of neglecting to take adequate steps to keep people safe, and alleges that security equipment was not working.

In a written statement, attorneys John Morgan and Tanner Shultz with Morgan and Morgan write: "Several residents have allegedly reported unsafe conditions and concerns for their well-being in this building. We allege the building did not take adequate steps to ensure the safety of people on its premises, which is allegedly known to have a high crime rate. This alleged negligence resulted in the death of a young mother. We further allege that while security equipment was present upon the property at the time of the incident, much of the equipment was not maintained properly or in working condition. We will fight for justice for the Duncan family and work to hold the defendants accountable for their alleged negligence."

The suit is seeking compensatory damages, with the amount to be determined at trial.

8/16/23, 11:48 AM          Family of woman killed in Carbondale apartment trash compactor suing property management company | <span class="tnt-sectio...

⬇ Download PDF

FILED
9/21/2020 12:56 PM
Cindy R. Svanda
Circuit Clerk
Jackson County, Il

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT** CLK
**JACKSON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| TERRI MARCUS as representative of the | ) | SS: |
| Estate of KRISTIN DUNCAN, deceased. | ) | |
| Plaintiff, | ) | Cause No. 2020L97 |
| | ) | |
| v. | ) | |
| | ) | |
| Mellennia Housing Management, LTD, and | ) | |
| Carbondale 2192 IL, LLC, | ) | |
| Defendant. | ) | |
| | ) | |

---

### COMPLAINT FOR DAMAGES

---

COMES NOW the Plaintiff, Terri Marcus, as the representative of the Estate of Kristin

Duncan, by and through the undersigned attorney, and files this complaint for damages and

personal injuries against Defendant, Mellennia Housing Management, LTD, and Carbondale 2192

IL, LLC, and in support thereof state as follows:

### PARTIES

1.      Plaintiff, Kristin Duncan, (Hereafter **"Kristin"**), was an adult resident of

Murphysboro, Illinois.

2.      Personal Representative of the Estate, Terri Marcus (Hereafter **"Terri"**), is an adult

resident of Murphysboro, Illinois, acting on behalf of next of kin: T. R. D., S. A. D., D. W. D., and

B. S. T. S., all who are Plaintiff's minor children.

3.      Upon information and belief, Defendant, Mellennia Housing Management, LTD

(Hereinafter, **Millennia** or collectively as **"Defendants"**), is an Ohio private limited company with

its principal address located at 4000 Key Towers 127 Public Square, Cleveland, Ohio 44114, and



https://www.wpsdlocal6.com/news/family-of-woman-killed-in-carbondale-apartment-trash-compactor-suing-property-management-company/article_adc...    3/4

## Leanne Fuller
Web and social media editor



Report this ad

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 9 Pages

8/16/23, 1:18 PM                Low-income residents stuck in the middle as sale of apartment complex stalls | Fox59

79°                                                                              SIGN UP



NEWS

## Low-income residents stuck in the middle as sale of apartment complex stalls

by: Jill Glavan
Posted: Sep 17, 2019 / 10:00 PM EDT
Updated: Sep 18, 2019 / 05:19 AM EDT

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

INDIANAPOLIS, Ind. — All parties involved in the sale of a low-income apartment complex agree that it desperately needs renovation, but construction has been delayed as the sale stalled.

Residents at Stonekey Apartments on the near southeast side say they are living with major health and safety issues in units subsidized by the federal government, through the Department of Housing and Urban Development.


EXHIBIT
9

that Marion County health inspectors opened a court case against the complex. The two parties came to an agreement in the case two weeks ago and a re-inspection is scheduled for September 24.

ADVERTISING

"I hide a lot of it because I don't want my friends and family, when they do come and see me, to be like, 'Why do you live in this place?'" Flores said.

Flores showed FOX59 some areas of concern. The back kitchen wall has deteriorated to the point where Flores can push her hand into it, and leaks in the kitchen have caused parts of the cabinets to fall apart. Her bathroom sink also leaks, causing mold to grow underneath it.

Another resident, who asked to remain anonymous, also invited FOX59 into her apartment. She showed us issues with both her kitchen and bathroom faucets. In the kitchen, the faucet was continuously dripping and in the bathroom, water leaked out onto the floor and under walls when turned on.

"They said they're going to get to it, 'We're going to come in and fix it.' Never did," the resident said.

Last October, inspectors from HUD gave Stonekey a score of 47 out of 100 and noted potentially dangerous health and safety issues. In 2016, investigators also looked into the complex's finances. Shortly after, owner Global Ministries Foundation, or GMF, out of Memphis, decided to sell its Section 8 properties across the country, but FOX59 found that the sale of Stonekey still hasn't gone through.

GMF founder Richard Hamlet spoke to FOX59 and said that HUD forced his company to sell all of the properties together to one entity, making the sale more difficult. The buyer, Millenia Companies out of Cleveland, took over management at Stonekey in January 2018, but sales of individual properties have moved slowly.

"HUD audits show that we put $10 million into these properties collectively, out of our equity money, to make them stay alive until we could sell it, and we should've been out a year and a half ago," Hamlet said.

Hamlet blamed political pressure, HUD, and the buyer for slow progress. He said Stonekey has needed renovations for years.

FOX59 also contacted Millennia about the sale. A spokesperson answered written questions about the complex and Flores' case. In regards to the delay in the sale of the property, Millennia said in part:

"Typically, MHM does not manage properties we do not own; the Global Ministries Foundation (GMF) portfolio is unique for the company.

Once the former third-party management company ceased operations at Stonekey, Millennia's team started to manage the

✕

*preservation process is complex, and we are working through closing each of the 37 properties in the GMF portfolio – all of which need extensive rehabilitation. To date, we have closed on 19.*

*We expect to close on the acquisition of the property by the end of 2019, and then we will work diligently to put in place the necessary approvals, permits and financing to close on the preservation and rehabilitation transaction on or before the end of the second quarter in 2020.*

*After the HUD investigation involving GMF in 2016, HUD approached Millennia to acquire the properties because of Millennia's track-record of acquiring and preserving affordable housing units throughout the country.*

*We too would have liked for a faster closing process; however, we encountered many obstacles and industry-wide events that affected the housing development community on a macro level. These included such things as tax reform, HUD shutdowns, fluctuating interest rates, and substantial increases to construction costs. All of these events required restructuring of the financial aspects of each individual deal and resulted in substantially lost time. That being said, we believe we have a plan to move forward and anticipate closing this transaction and beginning the transformation of Stonekey Apartments, similar to what we have accomplished at other properties in Indiana such as Villages of Hanna in Fort Wayne, Lakeside Gardens in East Chicago, and Park Shore Commons in Gary. "*

While residents wait for the badly needed renovations, some of them told FOX59 that they feared retaliation for speaking out.

Managers have twice tried to evict Flores from her apartment. Most recently, a judge ruled in her favor. Not long after that, Flores received a letter that said her lease would not be renewed in December.

"I don't want to go back to my car, and I don't want to go back to a hotel room," Flores said.

In response to questions about Flores' case, a spokesperson for Millennia said in part, "HUD rules and regulations require tenants to comply with the rules and guidelines that pertain to the leasing agreement. Millennia Housing Management, Ltd. also has a set of house rules, which are part of the lease. As a property management company, we have the ability to not renew a lease based on violations of house rules."

As for issues with apartments that residents say are not fixed quickly, if at all, the spokesperson said in part, "As we receive requests, we promptly begin to address the issues, which can entail obtaining bids, engaging vendors and arranging schedules. It is important that residents report any service requests directly to the management office. "

Suggest a Correction

---

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

**This Star of Harry Potter is Probably the Most Beautiful Woman in the World**
BridesBlush

**Chrissy Metz, 42, Shows Off Massive Weight Loss in Fierce New Photo**
Daily Finance Stories

**She Was A Legendary TV Icon, Now She Works 9-5**

Privacy Policy

Learn More

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth  Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 4 Pages

8/16/23, 1:23 PM                Seniors move back into apartment complex seven months after Hurricane Ida, concerned over conditions | WWLTV.com

WWL would like to send you push
notifications about the latest news and
weather.

Notifications can be turned off anytime in the
browser settings.

No Thanks        ALLOW

HURRICANE

# Seniors move back into apartment complex seven months after Hurricane Ida, concerned over conditions

In the video, she also showed a hallway with water on the floor and a room that appears to have black mold inside.

Author: Erika Ferrando (WWL)
Published: 11:28 PM CDT April 3, 2022
Updated: 8:36 AM CDT April 4, 2022



NEW ORLEANS — It's been seven months since Hurricane Ida slammed into southeast Louisiana forcing some senior apartment complexes in New Orleans to shut down due to damage. Tenants from one senior living center were finally told to move back in last week,

they reached out to WWL-TV for help, claiming the conditions are still not livab

WWL would like to send you push
notifications about the latest news and
weather.

Notifications can be turned off anytime in the
browser settings.

"This is walking into my building at Peace Lake Towers," Lucrece Phillips said ir
showing scaffolding above her.

Sponsored Links

**Simple Japanese Trick for Nail Infection**
Doctor: If You Have Toenail Fungus Do This Immediately!
Healthy Guru                                  Watch Now

In the video, she also showed a hallway with water on the floor and a room that appears to
have black mold inside.

"This is where we live," she said.

Peace Lake Towers on Chef Menteur is an income-based complex for seniors 55 and up and
those with disabilities. In September, the city shut it down after determining it was unfit to live in
because of damage from Hurricane Ida.

"During Hurricane Ida the generators were broken here so the elderly were trapped in here for
about a week," she said.

Phillips said tenants were given hotel vouchers since then as the complex was under
construction until last week.

"They just told us it was time for us to come back, that they couldn't pay for the hotel any
longer," she said.

"This is the hallway where I live; dirt, dust, debris," she said in the video she took of her hallway.

They are concerned that construction does not appear to be complete.

"You can see with your own eyes it's incomplete, but they saw fit to move us back in here," said
another tenant, Wayne Gardner. "They done blocked the shoots off where you put the trash
down, now the trash is just stacking up. The trash just stacking up."

Last week, Phillips found a letter from her property manager letting her know her unit was
broken into in January. She isn't sure what was taken and what is missing due to the
construction in her unit.

"We have so many items missing. My bed, my TV is missing, they can't find it," she said.



Phillips bought an air mattress and was promised by management she would get reimburs

The seniors are begging City Council Member Oliver Thomas for help.

"Definitely the place isn't ready. My assistant went out there a week ago and s
shouldn't be moving people back in," Thomas said.

He plans to reach out to management next week to find out why residents wer
move back in.

WWL would like to send you push
notifications about the latest news and
weather.

Notifications can be turned off anytime in the
browser settings.

"Gross mistreatment. Misunderstanding. Definitely not humanitarian," he said about the
conditions.

Thomas also plans to send code enforcement to the complex.

"The city needs to inspect that place to see if its up to code for people moving back in," he
said.

"This is not livable for no human building. How would you like to live on a construction site?"
Gardner said in frustration.

"My worries and concerns are the health and safety issues here and returning before it's
completely finished," Phillips said.

They are hopeful for answers to ensure they are living in a safe place.

"Someone needs to do something about this," Phillips said in the video she took of the inside of
the complex.

**Peace Lake Towers** management and their upper management company said in a statement:

*This extensive renovation was in progress when Hurricane Ida caused damages and resulted
in the temporary relocation of residents. Millennia secured temporary housing for residents
who did not elect to stay with family and friends. At the beginning this was difficult with the
shortage of rooms available in the immediate aftermath of the crisis caused by the storm, and
the staff ensured that all residents had meals, medicine etc. until rooms with kitchenettes were
secured; plus, staff remained in touch through the displacement, planning holiday meals, etc.*

*Last week, Millennia received approvals for the Temporary Certificate of Occupancy, permitting
residents to return to the renovated units in the building. The extensive renovation to bring the
building up to modern standards is continuing; however, the initial construction plan called for
an in-place relocation (so, it did not call for residents to move offsite during construction, b
the storm necessitated otherwise). During this transition of moving residents back home, e
effort is being made to minimize the inconvenience that may be caused by the continuing
renovation.*

**WWL would like to send you push notifications about the latest news and weather.**

Notifications can be turned off anytime in the browser settings.

## Newly renovated apartments



1'4

*Credit: Peace Lake Towers*

RELATED: Wednesday's tornado confirmed as EF-1 in Roseland

RELATED: Wednesday's tornado confirmed as EF-1 in Roseland

More help arriving for tornado victims



ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 3 Pages

8/16/23, 11:48 AM                    Lack of heat, carbon monoxide concerns at Bay County senior living complex | News | abc12.com

THINGS TO DO    ABC12 Community Calendar

DOWNLOAD NOW    Storm Tracker 12 Weather App

https://www.abc12.com/news/lack-of-heat-carbon-monoxide-concerns-at-bay-county-senior-living-complex/article_4d4814ba-5183-11ed-9f8f-07db5697c93f.html

## Lack of heat, carbon monoxide concerns at Bay County senior living complex

By: Terry Camp
Oct 21, 2022

Portable space heaters and carbon monoxide detectors have been provided by the apartment owners

BAY COUNTY, Mich. (WJRT) - The heat is off for several apartments in a Bay County complex.

It appears a number of heaters were emitting ca



Q Vacation homes near me

Country Meadows in Bangor Township is a senior living complex.

Right now, half of the 120 apartments have had the heat turned off, because of poorly maintained heating units.

As far as the heat goes, the complex owners have given out portable space heaters for now.

The owners have also purchased carbon monoxide detectors for each unit as they begin the process of replacing the heaters, a process Bangor Township officials have been frustrated with.

"We either cope with it, or we don't," says Jesse Ochoa.

He is heading back to his Country Meadows apartment near the Bay City Mall, where half of the 120 units have had the heat shut off because of carbon monoxide concerns.

"I am worried, I am disabled, my wife has multiple sclerosis," says Ochoa.

"We inspect every rental unit in the township, it took us awhile to get into this place," says Bangor Township Supervisor Glenn Rowley.

Rowley says once heating inspectors got inside earlier this month, they found problems.

Heating units in about sixty of the apartments had cracks or holes in them.

The company that owns the complex, Millennia Housing Management in Ohio was going to put out for bids for new heaters.

"You are putting people in harm's way, that is not acceptable, we need this fixed now," Rowley told the company.

"They are putting out carbon monoxide, the unit will still function as normal, other than its putting carbon monoxide out into the units rather than out through the exhaust like they were meant to," says Tim Mark, Bangor Township's Building Official.

Carbon monoxide is a colorless, odorless gas that can cause illness and death.

"With the holes that I've seen some of these here, yes, it would have been unsafe to live in these apartments," says Mark.

Millennia did purchase 120 or so carbon monoxide detectors and a contractor will begin replacing heaters next week.

90-year-old Patricia Stroemer has lived here for about 18 years. She believes management knew about the heater problems in the summer.

"I think it's a little late coming, I think they should have done it a lot earlier," she says.

Again, those apartments that can't use their heater have been supplied with a portable heater for now.

It's not clear when those heating units were last inspected.

This afternoon, Millennia released this statement about the situation.

"During an inspection of the apartment units, the inspection official red-tagged 59 magic packs (the heating and cooling unit in each apartment), indicating that work needs to be completed.

To clarify, the property management team had ordered carbon monoxide detectors prior to the inspector's first visit; these devices have been installed in every unit, and there have been no issues in this regard.

To restore the heating units to working condition, the property management team promptly worked to identify a specialized vendor.

The vendor is scheduled to be onsite on Monday to review the work, and repairs are scheduled to start on Tuesday.

We recognize that the disruption in normal heating service has caused an inconvenience to residents. The property management team has made portable heating devices available and will continue to check on residents to ensure their wellbeing."

Subscribe to receive breaking news, daily headlines, latest forecast, local sports and more with ABC12 News email alerts.

**Terry Camp**
Anchor/Reporter

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 3 Pages

8/17/23, 4:48 PM                    Mother and daughter die following gas leak in Mississippi low-income apartment

# yahoo/news

🎤            Sign In      Mail

News    US    Politics    World    COVID-19    Climate Change    Health    Science    Originals    Contact Us

**Arkansas Program Will Give You Solar Panels If You Live In These Zips**
Homesolar Tips                    READ MORE                Ad        ✕

REVOLT

# Mother and daughter die following gas leak in Mississippi low-income apartment

**Angel Saunders**
October 18, 2022 · 2 min read                    ⬆️  💬 0



apartment

Yesterday (Oct. 17), Ashton Pittman, a reporter for the Mississippi Free Press, shared a detailed thread on Twitter regarding an apparent gas leak in a Cleveland apartment building. The community is calling for answers after two residents died following the incident.

According to the nonprofit news outlet, 31-year-old Deshundra Tate and her 5-year-old daughter, Kendra, were tenants in the low-income housing building Sunset Village. On Aug. 30, the mother and her young child died after a gas leak happened in the complex. Following their untimely deaths, remaining residents were asked to live in hotels while management investigated the situation.





## yahoo!news

Sign in          Mail

News    US    Politics    World    COVID-19    Climate Change    Health    Science    Originals    Contact Us

while away for the so-called gas leak repairs, their apartments were left unlocked and items were stolen.

**Ashton Pittman**
@ashtonpittman **Follow**

THREAD: On August 30th, Deshundra Tate, 31, and her 5-year-old daughter, Kendra, died in their apartment at Sunset Village—a low-income housing complex in Cleveland, Mississippi.

Their cause of death? A gas leak.

A mass evacuation ensued. 1/
mississippifreepress.org/28439/displace .

Libiyi

**Georgia: Stained
Glass Birds Take
Flight**

Learn More

6 12 PM  Oct 17 2022

♡ 1.3K    ● Reply    ⬆ Share

**Read 49 replies**

"But [apartment management] is not replacing my TVs and [my son's] laptops," Vonetta McCoy told reporters. She added that she had no choice but to leave her unit after a notice was posted to her door on Sept. 14 following the gas leak. McCoy said the document told her she had 10 days to leave or "legal action shall be taken against [her] to force an eviction." Some residents slammed the management company, saying they still had to pay rent while also paying for hotel accommodations.

In Pittman's tweets, he shared photos of the deplorable living conditions. Nick Judin, another reporter for the nonprofit Mississippi news outlet, wrote, "One unit appeared to lack any electricity whatsoever: The stink of spoiled food from a disconnected freezer was overwhelming and water



Attorneys at the University of Mississippi's Low-Income Housing Clinic say Sunset Village's management staff "knew of the gas leak and failed to repair it prior to the death of both Tate and her daughter."

💬 **View comments**

**Arkansas Program Will Give You Solar Panels If You Live In These Zips**
Homesolar Tips

Ad

READ MORE

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 3 Pages

8/16/23, 2:57 PM

Gabriel Towers residents struggle without air conditioning



KSHB

Quick links... ⌄

NEWS › LOCAL NEWS

# Gabriel Towers residents struggle without air conditioning



Gabriel Towers residents struggle without air conditioning



 By: Dan Cohen



EXHIBIT
13

 KANSAS CITY

Watch Now

"Somebody's going to pass out or die in there," Charisse Crawford, who's lived at the complex for three years, said.

Her apartment has not been comfortable of late.

"It's just been so unbearable," she said.

Crawford has cerebral palsy, and is one of many residents who have a disability that live at Gabriel Towers.

The residents that spoke to KSHB 41 say they're struggling.

"I can't even cook, every time I cook, the detector goes off," Shelli Jones said. Her son Demarcus is assisting her.

"It's so bad I can't even put it into words," Demarcus said. "It's like 120 degrees in there with no air, it's hotter than what you cook on the stove."

ADVERTISEMENT

▷ ✕

Brandon Henderson, an organizer for KC Tenants, has been on site assisting those who live at Gabriel Towers.

"At a certain point, we're talking about people's lives here, the conditions inside this apartment complex are dangerous," he said. "The city did step in earlier today to mandate that management purchase in-unit AC."

CLOSE





▶

That process started on June 27 with the Kansas City Health Department's Healthy Homes Rental Inspection Program receiving a tenant complaint about the lack of central air conditioning.

Gabriel Towers told the health department it had ordered a part for its chiller that provides AC to the building, and it was supposed to arrive on Wednesday.

Healthy Homes told building management to either find temporary housing, or order in-home AC units for residents.

Gabriel Towers bought 114 of them, installing them on Wednesday.

Additionally, RideKC stepped in on Wednesday, providing one of their buses as a makeshift cooling center in the Gabriel Towers parking lot, but it's a temporary solution, and left the complex Wednesday afternoon.

"In Kansas City, it is technically not legally required of landlords to provide AC for their residents," Henderson said.

KSHB 41 reviewed the health department's rules and regulations for rental property safety, health and sanitation, with the following clause under the "Heating Facilities Required" section:

"The owner shall provide and maintain in good operating condition the facilities for heating every habitable room and every room containing a toilet, shower or bathtub to such temperature as required. Minimum 65 degrees." There is no text in these rules and regulations pertaining to cooling systems or centralized air conditioning.

CLOSE

ADVERTISING

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07, 10:01:57
60CV-23-6684
C06D17 : 2 Pages

8/16/23, 12:01 PM    New allegations surface against troubled Northland apartment complex | FOX 4 Kansas City WDAF-TV

77°                                                                          SIGN UP

NEWS

# New allegations surface against troubled Northland apartment complex

by: Kera Mashek
Posted: Sep 6, 2019 / 05:27 PM C.DT
Updated: Sep 6, 2019 / 05:27 PM CDT

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

KANSAS CITY, Mo. — This week, health inspectors shut down a Northland apartment building after finding filthy and dangerous living conditions. Now, new allegations are now coming to light about potentially illegal actions by the property's management.

**How the building got shutdown**

The images from inside Englewood Apartments are enough to make your stomach churn. An entire building at the complex off NW Waukomis Drive remains shut down after pictures of a sink and bathtub filled with sewage back-up and exposed wiring in the walls were released.

"Totally inhuman squalor. I've never seen or heard of anything like that in Kansas City, when you had an apartment in a building that was so full of cockroaches, it infested the entire building. I was literally walking through human f...

said.

Fowler says his own gut instincts about the property sparked a health department investig...
the property, nothing was being done to address still-occupied units. That was exactly the...

Fowler and residents credit the city's year-old Healthy Homes program for being able to ta...

"It gave us a lot more tools to address these kinds of issues than we'd ever had under our...
working," Fowler said.

**New allegations against the apartment owners**



EXHIBIT
14

Since the shutdown this week, FOX4 has learned of even more troublesome allegations against Englewood Apartments and its owners, Millennia Housing Management.

A lawsuit was filed in August against Millennia over racial discrimination. A former employee alleges she was repeatedly passed over promotion and ultimately fired on the basis of her race, according to complaints she'd filed with the EEOC.
Her attorney says he is now considering amending their suit to include additional claims her employment termination was also retaliation for allegedly bringing things that needed repaired to upper-management's attention.

Another former employee alleges she was fired for raising concerns about Millennia's practices and property neglect.  She shared a lease document with FOX4, which was signed by a tenant named Sharon Petty in March 2018.  A second lease document was signed with Petty's name in November 2018.

The problem is Sharon Petty died in September 2018, two months before the second lease was signed.  As a result, documents show Englewood would be paid $774 a month in subsidies from the US Department of Health and Urban Development.

We shared those findings with HUD and Councilman Fowler.  Both are now investigating further.

Fowler says he is committed to holding Millennia Housing's feet to the fire. He said he knows HUD has already demanded the company get third-party management in place to run Englewood.

"They lost all confidence in their ability to maintain safe, sanitary and livable conditions in these apartments," Fowler said.

The health department is planning another visit to Englewood next week. City council members are planning to look into Millennia's four other properties in Kansas City.

HUD said that if any of the new allegations are validated, the company could face further penalties. These could include losing its contract for subsidized housing payments.

Millennia Housing Management has said it's working to make repairs and renovate the pro      allegations against northland apartment s  .
health department.

<div style="text-align:center">

**Suggest a Correction**

</div>

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**

6 Things Not to Do When Selecting a Financial Advisor

Privacy Policy

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 3 Pages

8/16/23, 11:55 AM                                68-year-old Durham woman beaten, robbed steps from her front door

**WRAL NEWS**    ☰    NEWS   WEATHER   SPECIALISTS   SPORTS   BUSINESS   OPINION   CONSUMER   HEALTH   ☁ 85°F  🔍  ⚙

CLOSINGS                                                      JUST IN
**3 closings/delays reported.**                              **DMV driver license office on South Miami Blvd. in Durham
                                                             temporarily closed due to power outage**

LOCAL NEWS

# 68-year-old Durham woman beaten, robbed steps from her front door

Posted 10:27 p.m. Mar 24, 2022 — Updated 3:19 p.m. Mar 25, 2022



By Eric Miller, WRAL multimedia journalist

T↕  T↕  T↕

**DURHAM, N.C.** — JFK Towers, a Section 8 housing complex, is supposed to be a safe
haven for low-income seniors in North Durham.

### Thanks for visiting WRAL.com                              [ Continue ]

We use cookies to give you the most convenient experience on our website. Clicking "Continue" or browsing the site tells us
you are OK with this.

WRAL NEWS    ≡    NEWS    WEATHER    SPECIALISTS    SPORTS    BUSINESS    OPINION    CONSUMER    HEALTH    LII ☀ 85°F    🔍 ⊙ ⌄

▶

Anne Woods is used to singing through the pain.

Though as a singer and songwriter, that pain is usually heartbreak - not a broken jaw.

"I can't put my dentures in because my jaw is busted, so I'm going to be a little slurry today," said Woods.

The 68-year-old said she stepped outside her home at JFK towers Wednesday night, phone in hand, trying to film a group of people breaking the complex rules when a man stepped out of the darkness from behind a column.

"He ran to me, grabbed my phone, hit me, went to run off with it, I got his jacket, tried to pull the phone away from him - it's my life line," said Woods. "He hit me again, but this time, he knocked me down on the pavement and on the grass. I couldn't get up."

Woods says she wound up in the ER.

"My nose is fractured. Can't see well out of [my] eye. And he kicked me before he was on his way out," said Woods.

Durham police confirmed they're investigating the case and are asking anyone with information to come forward.

Other residents at JFK towers told us safety is an issue there. Multiple people pointed out a smashed window, they said from a break-in just days before Woods was assaulted.

"This is all we have. We'd like to at least feel safe and clean," said Woods.

Woods said these problems are just the latest in a long string of issues - from break-ins to rule-breakers who stand outside smoking and drinking late into the night.

**Thanks for visiting WRAL.com**

We use cookies to give you the most convenient experience on our website. Clicking "Continue" or browsing the site tells us you are OK with this.

WRAL NEWS    ☰    NEWS    WEATHER    SPECIALISTS    SPORTS    BUSINESS    OPINION    CONSUMER    HEALTH    LI◦  •  85°F   Q   ⊚ ⌄ 

WRAL News reached out to Millennia Housing Management, which manages JFK Towers, asking about these concerns and if they've done anything to increase security here at the complex.

"Regarding security at JFK Tower, there is a secured entry system in place that requires those entering the building to either use a key card or call in for access," said a representative with the company. "A comprehensive rehabilitation is planned, and the scope of work includes enhanced security features such as updated security cameras."

The company said residents are encouraged to contact law enforcement if they see anything suspicious or are concerned about their safety.

<div style="border:1px solid #000"> </div>

SUGGEST A CORRECTION

**MORE ON THIS**

►68-year-old Durham woman beaten feet from her front door



Related Topics     Durham     crime     public safety

• CREDITS >

Copyright 2023 by Capitol Broadcasting Company. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

## Around the Web                                                                                                    ◯

2 Insane Cards W/ 0% Interest Until Nearly 2025
CompareCredit.com

Self Cooling Sheets Transform Sleep
Miracle Sheets

Doctor Discovers Natural Solution for Macular Degeneration (Watch)
VisFix





**Thanks for visiting WRAL.com**

We use cookies to give you the most convenient experience on our website. Clicking "Continue" or browsing the site tells us you are OK with this.

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 4 Pages

8/16/23, 3:10 PM                    Neighbors say affordable housing complex in Durham is unsafe and filthy - ABC11 Raleigh-Durham

HOME & GARDEN

# Neighbors say affordable housing complex in Durham is unsafe and filthy

Wednesday, June 26, 2019



WATCH

EMBED ◇    MORE VIDEOS |

Residents say Durham housing complex is unsafe.

DURHAM, N.C. (WTVD) -- JFK Towers is a low-income Section 8 community
that nearly 200 older residents in North Durham call home.

But behind JFK's walls, some neighbors told ABC11 that it is an unsafe, filthy mess.

"Makes me feel like I'm in a third-world country," Clayton Meador said. "This don't feel like America at all."

**Tim Pulliam**                                   **X**
@ABC7Tim · **Follow**

Some senior citizens at JFK Towers section 8 apartments in Durham say they are living in unsanitary and unsafe conditions. Take a look at these images. Hear their story and the property managers response at 5:30p #ABC11

3:57 PM · Jun 26, 2019

♡ 5        ● Reply      ⬆ Share

**Read 2 replies**

Meador's neighbors snapped images of a broken elevator sign, leaking air-conditioning units that have left their floors stained and wet, as well as dumpsters and trash chutes overflowing with garbage that some tenants said is attracting insects and rodents.

"My mom was awakened with bites on her arms," Zara Dozier, who lives at JFK, told ABC11.

Dozier said her mother has been living with her since April because of bed bugs.

"She said she didn't know what was happening," Dozier said. "Where they were coming from."

Some neighbors told ABC11 off camera that the property management firm, Millennia Companies, is addressing these issues.

ABC11 contacted Millennia's office, and the company said that starting Monday, "a new vendor will begin routine pest control on a quarterly basis or as needed."

Millennia said it will also schedule K-9s to find rodents. As for the leaky AC units, the company said, "We addressed the leaks until a solution was found."



3 Toxic Foods for Dogs: The
You Should Never Feed You

DogFoodDiscovery.com

According to Millennia, it began managing JFK Towers in January, with plans to acquire the community from its current owner, Global Ministries Foundation.

Federal officials told ABC11 that GMF has failed to properly invest in and update its properties to meet HUD standards.

Millennia said once it owns JFK, it plans to update and revitalize the property.

"I can wait it out. I guess," said Meador, who moved to JFK last year.

Millennia did not give ABC11 a timetable on when it will take ownership or what the renovations will look like.

As for the broken elevator and overflowing trash, Millennia said the building has four elevators and hasn't verified whether one is out of service.

The company said trash is collected several times a week.

Report A Correction Or Typo

Copyright © 2023 WTVD-TV. All Rights Reserved.

# Related Topics

| HOME & GARDEN | DURHAM | ELDERLY | HOUSING | PUBLIC HOUSING |

| AFFORDABLE HOUSING |

**FROM THE WEB**                                                    Promoted Links by Taboola

**Simple Japanese Trick for Nail Infection**
Healthy Guru                                                                    Watch Now

**Try Google Workspace**
Google Workspace

**Chrissy Metz, 42, Shows Off Massive Weight Loss In Fierce New Photo**
Daily Finance Stories

**Woman dies after falling, hitting head on treadmill mid-workout**

**Baby decapitated during delivery; hospital tried to conceal manner of death: lawsuit**

**6-year-old accidentally shot, killed by 9-year-old with gun in Florida**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
C06D17 : 3 Pages

8/16/23, 11:59 AM    No air conditioning, piled-up trash and overflowing bathtubs: Residents of JFK Towers in Durham say they're at their breaking point

**WRAL NEWS**    Spotlight   Money Desk   Obituaries   Classifieds   Real Estate

**WRAL NEWS**   ≡   NEWS   WEATHER   SPECIALISTS   SPORTS   BUSINESS   OPINION   CONSUMER   HEALTH   LII   85°F   Q   ⊙   ∨

3 closings/delays reported.                    DMV driver license office on South Miami Blvd. in Durham
                                               temporarily closed due to power outage

LOCAL NEWS

# No air conditioning, piled-up trash and overflowing bathtubs: Residents of JFK Towers in Durham say they're at their breaking point

Posted 4:51 p.m. Jul 14 — Updated 4:57 p.m. Jul 14



By Michael Grace, WRAL reporter

T↑ T↑ T↑

**DURHAM, N.C.** — No air conditioning, piled-up trash and overflowing bathtubs are among
the complaints residents of the JFK Towers in Durham are facing. Several residents of the
apartment building at 4900 North Roxboro St. said they're at their breaking point.

Johnetta Alston has lived at JFK Towers for nearly two years.



▶

"I'm not willing to give my life to stay here," Alston said.

Alston said she's also encountered broken elevators, mold, random water shutoffs and much more.

"The nastiness around here makes no sense," Alston said.

Alston said management rarely does anything to fix the problems, and she's not the only one who's complained. WRAL News spoke with another resident who wished to stay anonymous out of fear of being kicked out.

"The way this place is run, it would embarrass a slumlord," the resident said. "They literally don't give one flying flip about the people that live here."

There are nearly 200 residents inside the seven-story JFK Towers. Rent is based on income, and just about everyone who lives at the towers is older than 62 years old. Many of them say they live in fear for their health and are pleading for something to be done.

**WRAL NEWS**   Spotlight   Money Desk   Obituaries   Classifieds   Real Estate                    ⋮

**WRAL NEWS**   ≡    NEWS   WEATHER   SPECIALISTS   SPORTS   BUSINESS   OPINION   CONSUMER   HEALTH   LI    85°F   Q   ⊗  ⌄

WRAL News reached out to JFK Towers management to ask about the situation, and they said they would not give a statement.

Meanwhile, Alston has made it her duty to expose some of her neighbors' living conditions on her Facebook page.

"I'm just asking for help," Alston said. "Not only for myself, but for everybody else that's in this building that [doesn't have another] place to go.

Alston said since many of the residents are older and have health concerns, they often can't afford anywhere else to live. With nowhere to turn, they feel the only option they have is an unsafe one.

SUGGEST A CORRECTION

**MORE ON THIS**

► JFK Towers residents voice complaints



68-year-old Durham woman beaten, robbed steps from her front door



**Related Topics**    JFK Towers    affordable housing

• CREDITS ›

Copyright 2023 by Capitol Broadcasting Company. All rights reserved. This material may not be published, broadcast, rewritten or redistributed

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 4 Pages

8/16/23, 11:53 AM                City officials decry 'deplorable' shape of downtown high-rise | News, Sports, Jobs - The Vindicator

# The Vindicator

# City officials decry 'deplorable' shape of downtown high-rise

YOUNGSTOWN — Conditions at the downtown International Towers apartment building are "deplorable" with numerous criminal issues and poor living conditions, including the discovery last July of a body that had deteriorated so badly that the face liquified, two city officials said.

The problems were publicly discussed Wednesday when Kelli Way, an International Towers tenant, told city council about problems at the 175-unit building at 25 Market St. on Central Square.

Law Director Jeff Limbian and Councilman Julius Oliver, D-1st Ward, said they have been aware of the issues and contacted Millennia Housing Management Ltd., the Cleveland company that owns the building, to resolve them.

Oliver said a Millennia official told him the company was coming the week of Jan. 30 to do a complete inspection of the building and make the necessary improvements.

EXHIBIT
18

Millennia officials couldn't be reached late Wednesday to comment.



Millennia purchased the 42-year-old building in 2009 for $4.9 million and made about $8 million in improvements in 2017.

Millennia has more than 30,000 housing units in 26 states, according to its website.

International Towers houses low-income seniors and those with disabilities.

Limbian said crimes such as assaults and drug use have occurred at the building.

"People are living in deplorable conditions in that building," he said. "It's absolutely appalling and the owners haven't done anything about it."

Limbian provided a police report from last July about a 51-year-old woman who had been dead for so long in her International Towers apartment that her body was "bloated and her face had liquified onto the floor." No foul play was suspected by police.

Oliver, whose ward includes the building, said: "It's deplorable. It's making it hard for people in that building to have a good quality of life."

He wanted the city to look at trying to stop federal subsidies from going to International Towers and for tenants to put their rent in escrow until the issues are resolved. But Oliver said he is hopeful that the inspection in a couple of weeks will address and resolve the problems.

"I wanted to declare the building a nuisance and shut it down, but (Millennia) is going to fix everything and improve the building," Oliver said. "We're serious about applying pressure."

In addition to criminal activity, windows leak and the heating and air conditioning system doesn't work, he said.

"It's been going on for years," Oliver said.

HOTEL DEBT

City council approved legislation Wednesday to create a mechanism for the owner of the downtown DoubleTree by Hilton hotel to refinance its bank debt through a program that allows it to pay what is owed over 25 years from property taxes for making energy-efficient improvements.

The legislation creates an Energy Special Improvement District, which allows the hotel's debt to be transferred to payments through property taxes.

The hotel is owned by Youngstown Stambaugh Hotel LLC, which is run by Pan Brothers, a New York City company.

Also, Dominic Marchionda of Poland, a former downtown property developer, is listed as the corporation's statutory agent on business documents on file with the Ohio secretary of state.

The owners of the hotel at 44 E. Federal St. owe an estimated $30 million in loans for the building. The hotel opened in May 2018 at the Stambaugh Building and was the first downtown hotel in Youngstown since 1974.

The company has refinanced its bank loans a number of times and also owes $700,000 to the city for a loan it was given in 2016 without repaying any of it.

Under this program, created by the state, Youngstown Stambaugh Hotel would be able to convert its loan into Property Assessed Clean Energy financing and pay back the money owed over a 25-year period.

Council's legislation allows the hotel owners to borrow up to $30,706,510.50 with a lending institution through the PACE program paying off the loan and getting the repaid over 25 years. If the full $30,706,510 is borrowed, Youngstown Stambaugh would pay $614,130.21 to the PACE lender twice a year for 25 years.

The city will create the ESID board as a pass-through for the payments and wouldn't be responsible if the hotel owner defaults, said city Finance Director Kyle Miasek. The program gives the company a longer period of time to repay the loan, he said.

The hotel owner has spent $11,764,055 on energy-efficiency improvements, according to council legislation.

Oliver, who has the building in his ward, said: "This is the perfect answer for their troubled financial problems. They're dealing with the (state) government so no concerns. I don't think anyone wants to lose their shirt to the government. It all comes together."

Other property owners who qualify can join the ESID once it's established, Miasek said.

Councilwoman Samantha Turner, D-3rd Ward, who said a day earlier that she wanted to talk further about the legislation before a vote, joined the six other council members Wednesday in supporting it.

"I voted in favor of creating the district," she said. "I didn't vote for the hotel at all. I voted for the district so others can move forward on the energy district."

By backing the legislation, Turner actually did vote to help the hotel.

ARP FUNDING

Also Wednesday, council decided to approve $1.5 million in American Rescue Plan funding for the demolition, abatement of asbestos and site clearance of structures. That should pay for work to take down 100 to 125 vacant houses.

Council also agreed to spend $50,000 in ARP money for Direction Home of Eastern Ohio to provide technical assistance to seniors using technology.

But it referred back to its finance committee a $95,040 ARP funding request to Pecchia Communications for communications planning, counsel, writing, editing and media relations related to ARP.

Youngstown received $82,775,370 in ARP funding and has allocated about half of it, though most hasn't been spent.

dskolnick@vindy.com

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 3 Pages

8/16/23, 11:53 AM            Residents in subsidized Tulsa complex complain of unsafe, unsanitary conditions...

LIVE

81°        94°        97°

*Search Site*

# Residents in subsidized Tulsa complex complain of unsafe, unsanitary conditions

by Mechell Dixon, KTUL Staff
Thu, March 31st 2022, 9:46 PM CDT

*Inhofe Plaza is seen in Tulsa, Okla., on March 31, 2022. (KTUL)*



TULSA, Okla. (KTUL) — Inhofe Plaza residents are complaining about maintenance issues, including unsafe and unsanitary conditions.

Vane                          t Inhofe Plaza since 2007.

81˚        94˚        97˚

She says she loved it until the second quarter of 2021 when the Tulsa Housing Authority sold the property to The Millennia Companies in Ohio.

Dixon says started to feel unsafe living in the complex.

Promoted Links

### Arkansas College Named Worst College In The US
**BrainSharper**


### Infant dies after mother left her alone for 8 days to go on vacation


### North Little Rock Restaurant Named Best Burger In USA
**TheFashionBall**


### Northbound Highway 169 shuts down, reopens after deadly multi-vehicle collision


"I've seen homeless people on the stairs," she said. "That's not a good feeling. You don't know what they're going to do. I've seen feces on the stairs. That's not a nice smell."

One resident posted to social media on Sunday, saying there were "no working elevators at Inhofe Plaza for the second time in less than a week."

NewsChannel 8 reached out to The Millennia Companies and sent a list of concerns from residents. The company replied with the following statement about the elevators:

> *We are working with the vendor to schedule repairs – one floorboard has been replaced; two others are on order.*

Whe⸱              ⸱t working, the company said ⸱

81°     94°     97°

But Dixon says that is not possible.

"The majority of the people are disabled and elderly," she said. "There are people who have no legs."

Dixon also says that when The Millennia Companies bought Inhofe Plaza it discontinued onsite security. The Millennia Companies says it has resumed that service, adding that "the company conducts three to five patrols, which include walk-through of the building, nightly."

As for human waste in the stairwells, The Millennia Companies says it now has a fully staffed team of seven, which includes a porter who the company says "is fully dedicated to the cleanliness of the building."

Tulsa District 2 City Councilor Jeannie Cue stopped and visited residents at Inhofe Plaza while NewsChannel 8 was out there.

She said she did find one of the two elevators working, but says it concerns her because she says there are residents who use a walker or a wheelchair and they cannot get up and down the stairs.

💬 **JOIN THE CONVERSATION (0)**

Cue said she will be following up.

SIGN UP FOR THE NEWSCHANNEL 8 NEWSLETTER

**MORE TO EXPLORE**

**Infant dies after mother left her alone for 8 days to go on vacation**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 3 Pages

8/16/23, 1:45 PM          Broken elevators at Wilkinsburg's Wood Towers leaves seniors and disabled residents calling for help - CBS Pittsburgh



CBS News Pittsburgh: Free 24/7 News  |  CBS Pittsburgh App  |  Pittsburgh Today Live  |  Talk Pittsburgh  |  Intersections  |  I

Live TV

LOCAL NEWS

# Broken elevators at Wilkinsburg's Wood Towers leaves seniors and disabled residents calling for help



BY CHRIS HOFFMAN
JUNE 5, 2023 / 6:00 PM / CBS PITTSBURGH



## Be the first to know

Get browser notifications for breaking news, live
events, and exclusive reporting.

EXHIBIT
**20**

...apartment building are calling for

They said there have been issues with the building, but nothing is being done.
Watch CBS News

According to Wood Towers' website, the building is for seniors and people who are disabled. The people living in it said they have been without an elevator for a week.

"They take our rent, nothing is getting done in this building and I'm really fed up," said Wanda Balthazar, who has lived in the building for seven years.

Wanda Balthazar lives on the eighth floor of the building. She has rheumatoid arthritis in both knees and chronic obstructive pulmonary disease. With the elevators out, she is walking up and down the stairs.



**Pa. State Police investigating incident in East Pittsburgh**

"Every flight that I walk, I've got to take my inhaler. I have to pray that I get there,"



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

hey have been waiting for the
e first time it has had issues.

ators are out. It's ridiculous," said
for three years.

It's gotten to the point where borough leaders have stepped in and are working with the building management, Millennia Housing Management.

"This is not the Pittsburgh Zoo. This is a high rise for our seniors," Wilkinsburg Councilwoman Sabrina Gibson said.

Council and Millenia have had meetings since February. According to Gibson, the company has been cited but doesn't comply.

"I'm just so concerned because they are elderly. They're stuck," Gibson said.

When the elevators do work, residents said there are still issues. Knight said he has had to pry open the doors to get people out.

"I can't deal with this anymore. I'm tired of this," Balthazar said.

KDKA-TV reached out the Millenia Housing Management and it provided this statement:

"Millennia had already engaged with an elevator vendor and will continue to work with this vendor to have both elevators repaired. Work on one elevator is anticipated to start toward the end of the week once the necessary permits are in place. It is anticipated that the repairs for one elevator will take a couple of days. Work on the second elevator will start shortly thereafter.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Ted 24/7 and Millennia is helping

**Prayer service held for victims and survivors of Plum house explosion**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 3 Pages

**HAPPENING NOW**
Shelby County DA drops cases worked by officers charged in Tyre Nichols death



**PROBLEM SOLVERS**

# Hope Heights tenants frustrated, add to Millennia's problem list

by: Stacy Jacobson
Posted: May 15, 2023 / 02:55 PM CDT
Updated: May 15, 2023 / 04:45 PM CDT

MEMPHIS, Tenn. — The owners who get federal funding to run several local apartment buildings face more criticism for tenant conditions.

Millennia Companies own Hope Heights, Memphis Towers, Serenity at Highland and several other properties.

The WREG Problem Solvers spoke with a Hope Heights resident who did not want to be identified out of fear of retaliation. WREG has previously reported on tenants' allegations that the ownership company practices in retaliatory behavior against tenants who go public with their concerns.

ADVERTISING





"A lot of people have disabilities, most do. A lot of them use walking sticks, a lot have chairs," the tenant said.

They talked about frequent issues, like broken laundry facilities and hot water that's been out for at least two weeks.

"Who wants to get up every day and boil water on the stove just so you can have hot water to bathe in?" the tenant said.

ADVERTISEMENT



When WREG asked Millennia officials about it, they said there's a leak and they'd ordered a part.

"It's time consuming. It's stressful," the tenant said.

RELATED CONTENT

| **Memphis Towers tenants say landlords broke federal …**
| **Memphis Towers residents say they face retaliation**
| **Residents at Memphis Towers say they're living in …**

The issues are part of a pattern of similar problems we've covered at other Millennia properties, like broken air conditioning at Serenity at Highland and hot water that didn't work for months at Memphis Towers.

The problems did eventually get solved. At Memphis Towers, tenants organized into a union.

ADVERTISEMENT

"We were able to pressure them into finally installing a functional water boiler," said Becky, a Memphis Towers resident.

But she said her efforts came at a cost; several of her neighbors have faced eviction threats. Millennia officials deny the eviction threats were retaliatory.

helping tenants file appeals with HUD for better enforcement and to stand up for taxpayer dollars.

"This is not just happening here. This is something happening at several properties," Simmons said.

ADVERTISEMENT

"If they getting that funding, the funding should be used to keep the building up," said the tenant we interviewed. "They need to get it fixed."

Tenants in Hope Heights have now connected with tenants in the other Millennia buildings and the Problem Solvers will continue pushing for action.

Millenia officials said they are working on the hot water problem saying the vendor had opened walls and ordered parts. They did not provide a timeline for when hot water would be back.

▶ **Got a problem?** *Contact WREG Problem Solver Stacy Jacobson at 901-543-2334 or stacy.jacobson@wreg.com*

Suggest a Correction

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

**Simple Japanese Trick for Nail Infection**
Healthy Guru

Watch Now

**Arkansas College Named Worst College In The US**
BrainSharper

**Top Doctor Begs Americans: Stop Drinking Diet Sodas With This Ingredient**
Gundry MD

Learn More

**North Little Rock Restaurant Named Best Burger In USA**
TheFashionBall

**After 50 Years Of Marriage, Dolly Parton Makes Unexpected Announcement About Husband**
BrainSharper

**Empty Alaska Cruise Cabins Cost Almost Nothing**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 4 Pages

**76°**

**HAPPENING NOW**
Tuohys call Michael Oher's filing 'hurtful' and part of a shakedown attempt



RESIDENTS FED UP WITH CONDITIONS AT "DEATH TRAP" SENIOR APARTMENTS

INVESTIGATIONS

## Residents fed up with 'death trap prison' conditions at senior apartments

by: April Thompson
Posted: Jun 1, 2022 / 04:17 PM CDT
Updated: Jun 13, 2022 / 04:07 PM CDT

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

**UPDATE:** Residents who spoke with WREG about conditions at Memphis Towers said they were given eviction notices or not allowed to sign a new lease.

A representative with Millennia issued the following statement on June 13th:

*The property management team acts legally and appropriately in matters of issuing lease violations with documentation to support these actions. There are not only house rules and procedures, which are acknowledged and signed by residents, but the management team also follows the program requirements as established by the United States Department of Housing and*



EXHIBIT
**22**

*If a resident abides by the terms of lease and meets HUD program requirements, they will remain in good standing.*

*Note: This story has been updated to include a response from Millennia Housing Management.*

ADVERTISING



MEMPHIS, Tenn.– We have been telling you about issues at Serenity Towers, but people living at Memphis Towers say they're also living in chaos.

The two apartment complexes, which house seniors and the disabled, are managed by the same company, and that company is no stranger to problems.

Residents like Lewis Martin and Yvonne Collins at Memphis Towers, on Court Avenue in the Medical District, say they lost water for a month and have lived through intermittent shutoffs without notice, unable to flush toilets or to bathe.

"We have had a nickname for it for a while. It's been known as the death trap prison. I have been trapped in the elevator five times," Martin said.

ADVERTISEMENT

"My hot water went out the first week of April. The next week everybody's went out. We were without hot water for almost a month before we got even 5 days of hot water," Collins said.

This isn't the first time Memphis Towers residents had issues with hot water. Residents were left without hot water for almost two weeks in 2016.

They also showed us pictures taken inside some of the apartments, showing what they say they have been living without, plus rat infestations and plumbing leaks.

ADVERTISEMENT

**Serenity Tower residents still living with mold, insects  ›**

Both properties are managed by Millennia Housing Management. WREG Investigators have been tracing the issues for years.

WREG did extensive reporting on how the management company bought several properties from Global Ministries Foundation back in 2016.

**Serenity at Highland still troubled by dangerous conditions  ›**

GMF owned a long list of Section 8 Housing Complexes plagued with problems. Millennia, which owns and manages properties, was expected by many to finally be a saving grace for tired tenants.

But these folks say otherwise.

"Pay your rent and don't ask for nothing," Collins said. "What do you want to happen? I want hot water 24 hours a day."

Thursday morning, representatives with Millennia responded, saying the hot water is on at Memphis Towers, though there have been intermittent issues that should be resolved soon.

ADVERTISEMENT

*The hot water is on at Memphis Towers. Several weeks ago, the primary boiler went down, affecting hot water service to all units. The team immediately found a temporary trailer-mounted boiler to provide service to the apartment complex; however, there have been intermittent issues with the ignition, causing temporary disruptions in hot water service. To solve for this, the team at Memphis Towers has the vendor on call 24/7, and the technician has replaced the ignition twice since installing the*

$57,400 per unit. The work includes new kitchens, bathrooms, appliances and HVAC, among other improvements.

Construction on the C Tower is complete and residents are expected to move into the renovated apartments this month, the company said.

We reached out to the Department of Housing and Urban Development since Millenia provides Section 8 housing. They told us when the property is not kept in a safe and sanitary condition, the owners are held to the terms of the contract.



Suggest a Correction

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

6 Things Not to Do When Selecting a Financial Advisor.
SmartAsset

Learn More

North Little Rock, Arkansas Launches New Policy For Cars Used Less Than 49 Miles/Day
Comparisons.org

Learn more

Gwen Stefani, 53, Takes Off Makeup, Leaves Us With No Words
Finance Wealth Post

She Was A Legendary TV Icon, Now She Works 9-5
Streetinsider.com

North Little Rock Restaurant Named Best Burger In USA
TheFashionBall

The New BMW X7 Is A Jaw Dropper
Best BMW Deals | Search Ads

Learn More

A List of the 15 Most Peaceful Dogs
BrainSharper

✕

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Oct-10 10:01:57
60CV-23-6684
C06D17 : 2 Pages

8/10/23, 3:27 PM                Management blames temporary boiler after residents at Memphis apartments complain of no hot water | News Break Memphis, TN

https://www.fox13memphis.com/news/management-blames-temporary-boiler-after-residents-at-memphis-apartments-complain-of-no-hot-water/article_75a8c86b-1e40-515f-ba21-abb9e2075486.html

# Management blames temporary boiler after residents at Memphis apartments complain of no hot water

FOX13 Memphis News Staff
Dec 19, 2022



A Mid-South management company responded after residents at an apartment community in the Medical District said they've been going without hot water during the cold winter months.

Tenants at Memphis Towers said they signed a petition to management demanding hot water for the building by Dec. 15, but that deadline has come and gone with no improvement to services.

Tenants at the apartment community unionized last year.

*MORE: Memphis Towers tenants say demands not met to turn hot water back on*

https://www.fox13memphis.com/news/management-blames-temporary-boiler-after-residents-at-memphis-apartments-compl...



Millennia Housing Management, the company that owns the property, responded to FOX13 Monday morning about the allegations.

It is the same company that runs Serenity Towers in East Memphis, a complex that faced security concerns and a broken air conditioning system earlier this year.

They said there's a temporary boiler system in place while the property awaits a new boiler system.

Officials said the system sometimes needs to be reset during high usage times, which can cause temporary disruptions to hot water service.

The company went on to say they received word from a general contract on Thursday that manufacturing of a new boiler has been completed. The new boiler was shipped and has arrived.

Installation of the new boiler is being scheduled, and that timeline will soon be shared with residents.

Supply chain issues affected the timeline of the new boiler, officials said.

The apartment community has been undergoing a substantial remodeling with construction costs totaling over $17 million.

According to management, residents have moved into newly renovated apartment homes in the C Tower.

The project is halfway completed and includes the following, management said:

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 6 Pages

8/16/23, 1:23 PM                    Knoxville HUD housing complex Morningside Gardens residents await major repairs

78°



00 3'  C5 24

INVESTIGATIONS

## Knoxville HUD housing complex residents await major repairs

by: **Don Dare**
Posted: Jan 30, 2023 / 06:29 PM EST
Updated: Jan 30, 2023 / 06:29 PM EST

KNOXVILLE, Tenn. (WATE) — Residents at a low-income housing complex in Knoxville have raised some serious issues about their living conditions. They say there are problems with security, elevators don't work, and there is mold and water leaks inside apartments.

In Knoxville, and other areas of east Tennessee, there are apartment communities that offer reduced rent to people with low income and they receive federal housing vouchers. One of those complexes is **Morningside Gardens**. While it's operated by a private company, the federal government has oversight.

**Five people dead in Union County house fire, TBI says  ›**

Gwen McClendon was one of several residents who wanted WATE to see firsthand what she and others are concerned about at the Morningside Gardens complex in East Knoxville. She said the hole in her kitchen ceiling has never been repaired when water leaked down the wall above her sink. In her bedroom closet, ceiling tiles have never been replaced and the disabled fire alarm has never been fixed.

ADVERTISING

EXHIBIT
24



"I got mice that's in my bed. The bathroom light doesn't work, the apartment leaks everywhere. There's black mold in my house. It's horrible," said another resident, Amy Williams.

**TBI issues Endangered Child Alert for 8-year-old Maryville boy  ›**

In her apartment, she pointed out water leaks in the ceiling of her unit.

"That's mold and all of them leaks and stuff in the corner under my blinds and all the way across and it leaks and every time it rains," said Williams. "We only got one maintenance guy. He does do the best that he can. He does his job. It's the property management and the corporate office's fault to me."

ADVERTISEMENT

Grace Veterinarian Clinic

LEARN MORE     >



Millennia Management out of Ohio operates the Morningside Gardens Apartments. A couple of hundred people who need affordable housing live in the 45-year-old apartment community that has seven buildings.

"I've been here about seven or eight years. This place ain't ever been like this, never," said resident Johnny Town.

For example, doors to some of the buildings are broken and don't lock.

"Door handle is missing, it's ajar. It does not securely lock. Even if you use that, you don't need to. It literally is broke," said Billy, who chose not to share his last name.

ADVERTISEMENT

**Lulu Liquor Cakes**

≳ Indulge in Bliss - Try Our Irresistible Alcoholic
Cakes! ♡
Craving a unique and delicious dessert experience?
Look no further! Our mouthwatering alcoholic cakes
are the perfect indulgence for those seeking a little
extra kick in their treats. ` Elevate your celebrations
with our exquisite... See More

A security camera in the building had its lens painted over. There are elevators that don't work, yet people are in wheelchairs.

"We still can't wash because the water spills onto the floor, so there is no washing period," said Judy Pelcher.

**Sevier County Utility District president suspended, Comptroller's office investigating  ❯**

In one of the laundry areas, a washing machine is out of order. Pelcher showed us another machine that doesn't work either. The water hose to it is disconnected.

Pelcher has another issue; mailboxes that are unsecured. Many have no doors leaving mail vulnerable to theft. She said it wasn't until last week that mail delivery was resumed in her building.

"The mailman said, the elevator had been down for two months, there was no lighting in the hallway so he said he was not going to deliver. Also, a lot of boxes were opened or destroyed," said Pelcher.

Several of those WATE talked with said they can't afford to live anywhere else. While they're grateful to have an affordable government-subsidized apartment, they'd like to see repairs made within a reasonable amount of time once the problems are made known to management.



*Painted over security camera at Morningside (WATE)*

WATE's Don Dare contacted Millennia. In a two-page note response, Millennia said: "the buildings are aging and some equipment has reached the end of its useful life… long-term plans are in place for the substantial rehabilitation of the apartment community."

The company adds "a veteran property manager was recently assigned and efforts are underway to address many of the conditions we have noted"

ADVERTISEMENT

Millennia shared that two elevators have recently been overhauled, but are not operating because repairmen are waiting on essential parts. Missing mailbox doors are currently being re-fabricated, we were told. Millennia adds security doors have been repaired numerous times, but vandalism continues to be an issue.

**Waterline break in Jefferson City closes one lane of Broadway Boulevard ›**

"You just want a better and safer place?" asked Dare.

"Yes, that's what I want. For everybody over here, just not only me, everybody," said Pelcher.

Millennia also told WATE there are five leaky hot water tanks inside units that need to be replaced, they are on order. The company says there are open maintenance positions to beef up the maintenance department.

ADVERTISEMENT

Local management has recently started distributing weekly maintenance notices to residents. Earlier this month, Millennia said it signed a contract with the Knoxville Police Department to pursue any criminal activity on the property.

In a statement sent to WATE, A U.S. Department of Housing and Urban Development representative said all repairs are required to be made under the housing assistance contract to ensure safe and sanity conditions for residents.

| Suggest a Correction |

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

**6 Things Not to Do When Selecting a Financial Advisor.**
SmartAsset

| Learn More |

**Simple Japanese Trick for Nail Infection**
Healthy Guru

| Watch Now |

**Chrissy Metz, 42, Shows Off Massive Weight Loss in Fierce New Photo**
Daily Finance Stories

| Learn More |

Little Rock Restaurant Named Best Burger in USA

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 5 Pages

76°

Receive the latest news, updates and offers as they happen.

No Thanks



REPORT SAYS SERENITY TOWERS RATING IS UNSATISFACTORY

INVESTIGATIONS

## 'Life-threatening': Report reveals 'unusual number' of problems at Serenity Towers

by: Zaneta Lowe
Posted: Nov 10, 2022 / 08:00 PM CST
Updated: Nov 10, 2022 / 10:27 PM CST

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

MEMPHIS, Tenn. — WREG Investigators have uncovered a scathing report from state inspectors that underscores safety and health issues residents of Serenity Towers have long sounded the alarm about.

No hot water, a bed bug infestation, and seniors suffering in the sweltering heat. That's a short list of what residents like Robert Nichols have dealt with at Serenity Towers in just the past six months.

The 70-year-old has lived there for the past decade.

ADVERTISING



EXHIBIT
25



It's bad," Nichols said. "It's real bad."

On this particular August day, the air conditioning is out again at the senior high rise.

"And, you know, heat rise up. So you know how I'm feeling on that ninth floor!" Nichols said.

ADVERTISEMENT

**Attorney: Serenity Towers repairs AC units, hot water** 

The AC was back on by the end of that day. A spokesperson for Millennia, the company that manages the taxpayer-funded units, said the "underlying issue was triggered by a power outage."

That outage happened in the midst of ongoing repairs at Serenity Towers after residents were initially without air for weeks in May and June.

Code enforcement officers found even more problems on-site, so attorneys for Millennia spent months in and out of Environmental Court after being hit with dozens of code violations.

This resident, who doesn't want to show his face, called the News Channel 3 Investigators around the same time, because one of the elevators was out again, which is another ongoing problem at Serenity.

ADVERTISEMENT



"It's just not right. Had them to court and everything else, but they're not doing anything, they are just thumbing their nose," he said.

The county office that inspects elevators visited the complex during that time, noting multiple issues, including an elevator closed for repair.

**Attorney: Serenity Towers repairs continue ahead of possible final inspection** >

8/17/23, 5:51 PM                               Report reveals 'unusual number' of problems at Serenity Towers

When WREG followed up recently, the county sent an inspector by and discovered that the same elevator was out again and Serenity hadn't sent the inspector's report to the elevator maintenance company.

"This is a life-threatening situation. It should be addressed appropriately," a resident said.

ADVERTISEMENT



"Life-threatening" are the same two words state inspectors used to describe the gravity of some of the conditions they found during a visit to Serenity Towers in June.

The News Channel 3 Investigators obtained a copy of the Tennessee Housing and Development Agency's most recent Management and Occupancy Review of Serenity Towers.

MOP-Report-Serenity-Housing-2022 .pdf



MOR-Report-Serenity-Housing-2022 · Download

The agency said, "Both management and maintenance of the property have been inadequate." The complex received an overall rating of "Unsatisfactory," the lowest possible, with THDA citing nearly 40 conditions that needed to be addressed.

Ralph Perrey is the agency's executive director.

ADVERTISEMENT

Report reveals 'unusual number' of problems at Serenity Towers



"Sloppy recordkeeping procedures not followed, tasks not completed or done wrong. That's an unusual number of corrective items for us to cite on a property," Perrey said.

THDA conducts periodic inspections at properties like Serenity that receive taxpayer money for rent payments. Perrey says the agency checks the books and determines whether policies are followed, and looks at the property's security and appearance.

"We don't have the authority to do a full building inspection," Perrey said. "We can't go into anybody's units, we can't investigate things, but we can sort of eyeball the property and write down our observations."

What they saw at Serenity, according to the report, was a "property in poor condition" and "leasing activities" that "resulted in multiple non-compliance issues".

ADVERTISEMENT

**New problems emerge for Serenity Towers: squatters, prostitution** ❯

That included 149 open work orders open 30 days or longer, charging unapproved, inappropriate fees, and not screening tenants appropriately after records revealed a "tenant may have been a sex offender and allowed to move in, endangering other tenants."

"A lot of things that we cited as needing corrective action," Perrey said.

The MOR was conducted as those major repairs to the HVAC system were underway at Serenity in June. According to the report, it stemmed from a "crack in the building chiller that was discovered when the property switched from heating to cooling."

But inspectors noted that indicates "preventive maintenance had not been properly performed." THDA said that was also evidenced by three failed HUD inspections and wrote the building wasn't in "decent, safe or sanitary condition".

ADVERTISEMENT

"Bottom line is, they don't do any preventative maintenance," Perrey said. "If they did preventative maintenance, a lot of these issues would go away."

Contrary to what was noted in the MOR, Millennia spokesperson, Valerie Jerome, told WREG they were following a preventative maintenance schedule, it was just that the work wasn't being properly documented because of staffing challenges.

Jerome said it's an issue that has been rectified.

She also said workers have received training on screening, that elevator that was out is up and running, and they sent their elevator vendor those notes from the county inspector about additional repairs.

ADVERTISEMENT

The Millennia spokesperson said the only outstanding issue is bed bug treatment, which is ongoing.

**Serenity Towers back in court, bed bug issues remain ➤**

HUD also conducted an inspection at Serenity Towers this summer and the complex got a 62, which is considered "passing" by two points.

Lawyers for Serenity Towers head back to environmental court on November 22nd.

Suggest a Correction

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

Simple Japanese Trick for Nail Infection
Healthy Guru

Watch Now

Is This Diet Soda Ingredient Actually Harming Your Gut Health?
Gundry MD

Learn More

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 2 Pages

8/16/23, 12:27 PM                  Serenity Towers residents express concerns about not having air

76°

LOCAL

## Serenity Towers residents express concerns about not having air

by: Jordan James
Posted: Jul 28, 2023 / 05:30 PM CDT
Updated: Jul 28, 2023 / 06:10 PM CDT

MEMPHIS, Tenn. — Residents at Serenity Towers are desperate for assistance after several days of being without working air conditioning.

This comes after one of the hottest weeks of the year in Memphis and with temperatures continuing to soar.

"My thermostat is right now at 90 degrees in my apartment," one resident said. "The biggest concern we have is air conditioning. People are going to start dropping like flies over here if something ain't done."

**More On Serenity Towers ›**

The Millennia Companies manage Serenity Towers and claim the recent storms triggered an electrical issue causing the air conditioners to malfunction. In a statement to WREG, they confirm repairs are underway.

"The vendor is currently engaged, and we are optimistic that the issue will be fixed quickly. The Property Management team has been consistently communicating with the residents to address any needs," the company said.

https://wreg.com/news/local/serenity-towers-residents-express-concerns-about-not-having-air/


EXHIBIT
26

Serenity Towers residents express concerns about not having air

**'Life-threatening': Report reveals 'unusual number' of problems at Serenity Towers ›**

"I'm tired of this bull— been going through with it for five years, it's all in the management, starting at the Vice President of the Millennial Corporation," a resident said.

For years WREG has been reporting on issues at Serenity Towers ranging from air conditioning issues to insect infestation. The complex receives money from the US Department of Housing and Urban Development so we reached out to them.

They said they're in touch with property owners and "HUD has directed that residents without AC must be provided a hotel room at the property owner's expense."

**One dead at Serenity Towers after dangerous living conditions reported ›**

"We up in here burning up and you know why because they could have done this stuff years ago, management," a resident said.

ADVERTISEMENT

No timeline was given as to when the issue would be resolved. The city's code enforcement department came out this week and was reportedly told they are waiting on funding and that all units have fans available.

Suggest a Correction

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

**6 Things Not to Do When Selecting a Financial Advisor.**
SmartAsset

Privacy Policy

Learn More

✗

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07 10:01:57
60CV-23-6684
C06D17 : 2 Pages

8/16/23, 3:40 PM                    Residents at Lubbock, Texas apartment complex report AC issues in triple-digit heat

**WEATHER ALERT**
Heat Advisory: Borden County, Dawson County, Scurry County

2 minutes left



95°

SIGN UP

LOCAL NEWS

## Residents at The Ella Apartments report AC issues amid triple-digit heat

by: Jaxie Pidgeon
Posted: Jun 28, 2023 / 11:55 AM CDT
Updated: Jun 28, 2023 / 12:05 PM CDT

LUBBOCK, Texas – Many living at The Ella Apartments (formerly Cricket Court Apartments) in Central Lubbock tell EverythingLubbock.com they have been dealing with broken or faulty air conditioning units for quite some time.

One tenant asked to remain anonymous out of fear of getting evicted.

**Texas Tech student dies in 'tragic accident,' obituary says ❯**

"It was almost 100 degrees Fahrenheit and there was no excuse at that point," the anonymous tenant said. "The air conditioning units just don't work after a certain point. My child has had a lot of issues, and not only has he, but I've also been hospitalized because of this heat that I'm having to go through."

ADVERTISING



8/16/23, 3:40 PM                     Residents at Lubbock, Texas apartment complex report AC issues in triple-digit heat



Tuesday hit 109 degrees Fahrenheit, which is the highest recorded temperature in the Hub City so far this year. Unfortunately, the anonymous tenant said many other neighbors also can no longer bear the heat.

"Theirs are just completely no AC, no nothing," the anonymous tenant said. "They have even worse living conditions than my apartment, or they're just being and feeling harassed by the office because of all the various issues, and to me, it's not acceptable when we're going through legitimate issues."

**Amid wildfire smoke and sweltering heat in Texas, don't overlook this button in your car  ›**

Stuart Walker, code administration director for the City of Lubbock, said there's no requirement to have air conditioning units in any dwellings, but if the appliance is supplied, it must work properly.

ADVERTISEMENT

"If it's broken, it's broken and that's a violation," Walker said. "Depending on the situation or the type of equipment, that determines how long a property owner or property manager would have to fix it. The city has a minimum housing standards code, so mechanical equipment has to work, plumbing, electrical and things like that. If it's installed, it has to be operational."

A $12.3 million project is currently in the works to renovate The Ella Apartments with a proposed $81,000 per unit. Shari Flynn, executive director for the Lubbock Housing Finance Corporation said she was unaware of many of the issues during Tuesday's city council meeting.

"The bond transaction will close in September," Flynn said. "Of course, they will have a period of time, I believe it's 18 months, to make all repairs, but I will certainly ask that they address these questions and issues with respect to air conditioning first and foremost because people cannot be living in units when it's 110 degrees Fahrenheit outside with no AC."

**After police foot chase, authorities search for "property" in Lubbock playa lake  ›**

The anonymous tenant said maintenance at The Ella Apartments tried to fix things but to no avail.

ADVERTISEMENT

✕

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 16 Pages

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

MODEL LEASE FOR SUBSIDIZED PROGRAMS

1. Parties and   The parties to this Agreement are
   Dwelling **(A)**                    ., referred to as the
   Unit:          Landlord, and

   **(B)** .
                    referred to as the Tenant.  The Landlord leases

   to the Tenant(S) unit number **C)**_____,

   located at

   **(D)** ___

   in the project known as **E)**_____

2. Length of Time   The initial term of this Agreement shall begin
   (Term):          on **(F)**_____ and end on **(G)**_____.
   After the initial term ends, the Agreement will

   continue for successive terms of one **(H)**_____ _____ each unless
   automatically terminated as permitted by paragraph 23 of this
   Agreement.

3. Rent:   The Tenant agrees to pay $**(I)**_____ for the

   partial month ending on **(J)**_____.  After

   that, Tenant agrees to pay a rent of $**(K)**_____
   per month.  This amount is due on the _____**(L)**_____ day of the month
   at

   **(M)**

   The Tenant understands that this monthly rent is less than the
   market (unsubsidized) rent due on this unit.  This lower rent is
   available either because the mortgage on this project is subsidized
   by the Department of Housing and Urban Development (HUD) and/or
   because HUD makes monthly payments to the Landlord on behalf of the
   Tenant.  The amount, if any, that HUD makes available monthly on
   behalf of the Tenant is called the tenant assistance payment and is
   shown on the "Assistance Payment" line of the Owner's
   Certification of Compliance with HUD's Tenant Eligibility and Rent
   Procedures form which is Attachment No. 1 to this Agreement.

4. Changes in the   The Tenant agrees that the amount of rent the
   Tenant's Share   Tenant pays and/or the amount of assistance that
   of the Rent:     HUD pays on behalf of the Tenant may be changed
                    during the term of this Agreement if:

   a. HUD or the Contract Administrator (such as a Public Housing
      Agency) determines, in accordance with HUD procedures, that an
      increase in rents is needed;

   b. HUD or the Contract Administrator changes any allowance for
      utilities or services considered in computing the Tenant's
      share of the rent;



EXHIBIT
28

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

c.  the income, the number of persons in the Tenant's household or
    other factors considered in calculating the Tenant's rent
    change and HUD procedures provide that the Tenant's rent or
    assistance payment be adjusted to reflect the change;

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

    d. changes in the Tenant's rent or assistance payment are
       required by HUD's recertification or subsidy termination
       procedures

    e. HUD's procedures for computing the Tenant's assistance payment
       or rent change; or

    f. the Tenant fails to provide information on his/her income,
       family composition or other factors as required by the
       Landlord.

The Landlord agrees to implement changes in the Tenant's rent or
tenant assistance payment only in accordance with the time frames
and administrative procedures set forth in HUD's handbooks,
instructions and regulations related to administration of
multifamily subsidy programs.  The Landlord agrees to give the
Tenant at least 30 days advance written notice of any increase in
the Tenant's rent except as noted in paragraphs 11, 15 or 17.  The
Notice will state the new amount the Tenant is required to pay, the
date the new amount is effective, and the reasons for the change in
rent.  The Notice will also advise the Tenant that he/she may meet
with the Landlord to discuss the rent change.

5.  Charges for Late     If the Tenant does not pay the full amount of
    Payments and       the rent shown in paragraph 3 by the end of
    Returned Checks:   the 5th day of the month, the Landlord may
                  Collect a fee of $5 on the 6th day of the
                  month. Thereafter, the Landlord may collect $1
                  for each additional day the rent remains
                  unpaid during the month it is due.
                  The Landlord  may not terminate this Agreement
                  for failure to pay late charges, but may
                  terminate this Agreement for non-payment of rent,
                  as explained in paragraph 23.  The Landlord may

                  collect a fee of $ **(N)** .  __ on the second or any
                  additional time a check is not honored for
                  payment (bounces).  The charges discussed in this
                  paragraph are in addition to the regular monthly
                  rent payable by the Tenant.

6.  Condition of       By signing this Agreement, the Tenant
    Dwelling          acknowledges that the unit is safe, clean and
    Unit             in good condition.  The Tenant agrees that all
                  Appliances and equipment in the unit are in
                  good working order, except as described on the
                  Unit Inspection Report which is Attachment
                  No. 2 to this Agreement.  The Tenant also
                  agrees that the Landlord has made no promises to
                  decorate, alter, repair or improve the unit,
                  except as listed on the Unit Inspection Report.

7.  Charges for       The following charts describe how the cost of
    Utilities and     utilities and services related to occupancy
    Services:       of the unit will be paid.  The Tenant agrees

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

that these charts accurately describe the
utilities and services paid by the Landlord and
those paid by the Tenant.

a.  The Tenant must pay for the utilities in column (1).  Payments
    should be made directly to the appropriate utility company.
    The items in column (2) are included in the Tenant's rent.

(1)                                                       (2)

Put  "x" by any        Type of              Put "x" by any
Utility Tenant         Utility              Utility Included
pays directly                               in Tenant Rent

**(O)**                Heat                 **(O)**

                       Lights, Electric

                       Cooking

                       Water
                       Other (Specify.

b.  The Tenant agrees to pay the Landlord the amount shown in
    column (3) on the date the rent is due.  The Landlord certifies
    that HUD had authorized him/her to collect the type of charges
    shown in column (3) and that the amounts shown in column (3) do
    not exceed the amounts authorized by HUD.

(3)

Show $ Amount Tenant
Pays to Landlord in
Addition to Rent

Parking                     $ **(O)**
Other (Specify.)

                            $

                            $

8.  Security Deposits:    The Tenant has deposited $ **(P)** _____ with the
                          Landlord.  The Landlord will hold this
                          security deposit for the period the Tenant
                          occupies the unit.  After the Tenant has moved
                          from the unit, the Landlord will determine
                          whether the Tenant is eligible for a refund of
                          any or all of the security deposit.  The amount
                          of the refund will be determined in accordance
                          with the following conditions and procedures.

a.  The Tenant will be eligible for a refund of the security
    Deposit only if the Tenant provided the Landlord with the 30-
    day written notice of intent to move required by paragraph 23,
    unless the Tenant was unable to give the notice for reasons
    beyond his/her control.

          Form HUD-90105a
12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

b. After the Tenant has moved from the unit, the Landlord will inspect the unit and complete another Unit Inspection Report. The Landlord will permit the Tenant to participate in the inspection, if the Tenant so requests.

b. The Landlord will refund to the Tenant the amount of the security deposit plus interest computed at **(Q)**_____%, beginning **(R)**_____, less any amount needed to pay the cost of:

(1) unpaid rent;

(2) damages that are not due to normal wear and tear and are not listed on the Unit Inspection Report;

(3) charges for late payment of rent and returned checks, as described in paragraph 5; and

(4) charges for unreturned keys, as described in paragraph 9.

d. The Landlord agrees to refund the amount computed in paragraph 8c within **(S)**_____ days after the Tenant has permanently moved out of the unit, returned possession of the unit to the Landlord, and given his/her new address to the Landlord. The Landlord will also give the Tenant a written list of charges that were subtracted from the deposit. If the Tenant disagrees with the Landlord concerning the amounts deducted and asks to meet with the Landlord, the Landlord agrees to meet with the Tenant and informally discuss the disputed charges.

e. If the unit is rented by more than one person, the Tenants agree that they will work out the details of dividing any refund among themselves. The Landlord may pay the refund to any Tenant identified in Paragraph 1 of this Agreement.

f. The Tenant understands that the Landlord will not count the Security Deposit towards the last month's rent or towards repair charges owed by the Tenant in accordance with paragraph 11.

9. Keys and Locks: The Tenant agrees not to install additional or different locks or gates on any doors or windows of the unit without the written permission of the Landlord. If the Landlord approves the Tenant's request to install such locks, the Tenant agrees to provide the Landlord with a key for each lock. When this Agreement ends, the Tenant agrees to return all keys to the dwelling unit to the Landlord. The Landlord may charge the Tenant $ **(T)**_____ for each key not returned.

Maintenance:

Form HUD-90105a
12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

a.  The Landlord agrees to:

    (1)  regularly clean all common areas of the project;

    (2)  maintain the common areas and facilities in a safe condition;

    (3)  arrange for collection and removal of trash and garbage;

    (4)  maintain all equipment and appliances in safe and working order;

    (5)  make necessary repairs with reasonable promptness;

    (6)  maintain exterior lighting in good working order:

    (7)  provide extermination services, as necessary; and

    (8)  maintain grounds and shrubs.

b.  The Tenant agrees to:

    (1)  keep the unit clean;

    (2)  use all appliances, fixtures and equipment in a safe manner and only for the purposes for which they are intended;

    (3)  not litter the grounds or common areas of the project;

    (4)  not destroy, deface, damage or remove any part of the unit, common areas, or project grounds;

    (5)  give the Landlord prompt notice of any defects in the plumbing, fixtures, appliances, heating and cooling equipment or any other part of the unit or related facilities; and

    (6)  remove garbage and other waste from the unit in a clean and safe manner.

11. Damages:  Whenever damage is caused by carelessness, misuse, or neglect on the part of the Tenant, his/her family or visitors, the Tenant agrees to pay:

a.  the cost of all repairs and do so within 30 days after receipt of the Landlord's demand for the repair charges; and

b.  rent for the period the unit is damaged whether or not the unit is habitable. The Tenant understands that HUD will not make assistance payments for any period in which the unit is not habitable. For any such period, the Tenant agrees to pay the HUD-approved market rent rather than the Tenant rent

Form HUD-90105a
12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

shown in paragraph 3 of this agreement.

| | | |
|---|---|---|
| 12. | Restrictions on Alterations: | No alteration, addition, or improvements shall be made in or to the premises without the prior consent of the Landlord in writing.  The Landlord agrees to provide reasonable accommodation to an otherwise eligible tenant's disability, including making changes to rules, policies, or procedures, and making and paying for structural alterations to a unit or common areas.  The Landlord is not required to provide accommodations that constitute a fundamental alteration to the Landlord's program or which would pose a substantial financial and administrative hardship.  See the regulations at 24 CFR Part 8.  In addition, if a requested structural modification does pose a substantial financial and administrative hardship, the Landlord must then allow the tenant to make and pay for the modification in accordance with the Fair Housing Act. |
| 13. | General Restrictions: | The Tenant must live in the unit and the unit must be the Tenant's only place of residence.  The Tenant shall use the premises only as a private dwelling for himself/herself and the individuals listed on the Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures, Attachment 1.  The Tenant agrees to permit other individuals to reside in the unit only after obtaining the prior written approval of the    Landlord.  The Tenant agrees not to: |

    a.  sublet or assign the unit, or any part of the unit;

    b.  use the unit for unlawful purposes;

    c.  engage in or permit unlawful activities in the unit, in the common areas or on the project grounds;

    d.  have pets or animals of any kind in the unit without the prior
written permission of the Landlord, but the landlord will allow the tenant to keep an animal needed as a reasonable accommodation to the tenant's disability, and will allow animals to accompany visitors with disabilities who need such animals as an accommodation to their disabilities; or

    e.  make or permit noises or acts that will disturb the rights or comfort of neighbors.  The Tenant agrees to keep the volume of any radio, phonograph, television or musical instrument at a level which will not disturb the neighbors.

14.  Rules:    The Tenant agrees to obey the House Rules which are

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

Attachment No. 3 to this Agreement.  The tenant agrees
to obey additional rules established after the effective
date of this Agreement if:

a.  the rules are reasonably related to the safety, care and
cleanliness of the building and the safety, comfort and
convenience of the Tenants; and

b.  the Tenant receives written notice of the proposed rule at
least 30 days before the rule is enforced.

15.  Regularly Scheduled Every year around the **(U)** __ __ day of
**(V)** __ __ , Recertification's: the Landlord will request the
Tenant to report the income and composition
of the Tenant's household and to supply any
other information required by HUD for the
purposes of determining the Tenant's rent
and assistance payment, if any.  The Tenant
agrees to provide accurate statements of
this
information and to do so by the date
specified in the Landlord's request.  The
landlord will verify the information
supplied
by the Tenant and use the verified
information to recomputed the amount of the
Tenant's rent and assistance payment, if
any.

a.  If the Tenant does not submit the required recertification
information by the date specified in the Landlord's request,
the Landlord may impose the following penalties.  The
Landlord may implement these penalties only in accordance
with the administrative procedures and time frames specified
in HUD's regulations, handbooks and instructions related to
the administration of multifamily subsidy programs.

(1)  Require the Tenant to pay the higher, HUD-approved
market rent for the unit.

(2)  Implement any increase in rent resulting from the
recertification processing without providing the 30-day
notice otherwise required by paragraph 4 of this
Agreement.

b.  The Tenant may request to meet with the Landlord to discuss
any change in rent or assistance payment resulting from the
recertification processing.  If the Tenant requests such a
meeting, the Landlord agrees to meet with the Tenant and
discuss how the Tenant's rent and assistance payment, if any,
were computed.

16.  Reporting Changes Between Regularly Scheduled
Recertification's:

a.  If any of the following changes occur, the Tenant agrees
to advise the Landlord immediately.

Form HUD-90105a
12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

    (1)  Any household member moves out of the unit.

    (2)  An adult member of the household who was reported as unemployed on the most recent certification or recertification obtains employment.

    (3)  The household's income cumulatively increases by $200 or more a month.

b.   The Tenant may report any decrease in income or any change in other factors considered in calculating the Tenant's rent.  Unless the Landlord has confirmation that the decrease in income or change in other factors will last less than one month, the Landlord will verify the information and make the appropriate rent reduction.  However, if the Tenant's income will be partially or fully restored within two months, the Landlord may delay the certification process until the new income is known, but the rent reduction will be retroactive and the Landlord may not evict the Tenant for nonpayment of rent due during the period of the reported decrease and the completion of the certification process.  The Tenant has thirty days after receiving written notice of any rent due for the above described time period to pay or the Landlord can evict for nonpayment of rent.  (Revised 3/22/89)

c.   If the Tenant does not advise the Landlord of these interim changes, the Landlord may increase the Tenant's rent to the HUD-approved market rent.  The Landlord may do so only in accordance with the time frames and administrative procedures set forth in HUD's regulations, handbooks and instructions on the administration of multifamily subsidy programs.

d.   The Tenant may request to meet with the Landlord to discuss how any change in income or other factors affected his/her rent or assistance payment, if any. If the Tenant requests such a meeting, the Landlord agrees to meet with the Tenant and explain how the Tenant's rent or assistance payment, if any, was computed.

17.  Removal of Subsidy:

a.   The Tenant understands that assistance made available on his/her behalf may be terminated if events in either items 1 or 2 below occur.  Termination of assistance means that the Landlord may make the assistance available to another Tenant and the Tenant's rent will be recomputed. In addition, if the Tenant's assistance is terminated because of criterion (1) below, the Tenant will be required to pay the HUD-approved market rent for the unit.

    (1)The Tenant does not provide the Landlord with the information or reports required by paragraph 15 or 16 within 10 calendar days

Form HUD-90105a
12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

after receipt of the Landlord's notice of
intent to terminate the Tenant's assistance
payment.

(2) The amount the Tenant would be required to pay
towards rent and utilities under HUD rules and
regulations equals the Family Gross Rent shown on
Attachment 1.

b.    The Landlord agrees to give the Tenant written notice
of the proposed termination.  The notice will advise
the Tenant that, during the ten calendar days following
the date of the notice, he/she may request to meet with
the Landlord to discuss the proposed termination of
assistance.  If the Tenant requests a discussion of the
proposed termination, the Landlord agrees to meet with
the Tenant.

c.    Termination of assistance shall not affect the Tenant's
other rights under this Agreement, including the right
to occupy the unit.  Assistance may subsequently be
reinstated if the Tenant submits the income or other
data required by HUD procedures, the Landlord
determines the Tenant is eligible for assistance, and
assistance is available.

18.  Tenant       If the tenant submits false information on
      Obligation   any application, certification or request
      To Repay:    for interim adjustment or does not report
                  interim changes in family income or other
                  factors as required by paragraph 16 of this
                  Agreement, and as a result, is charged a rent less
                  than the amount required by HUD's rent formulas,
                  the Tenant agrees to reimburse the Landlord for the
                  difference between the rent he/she should have paid
                  and the rent he/she was charged.  The Tenant is
                  not required to reimburse the Landlord for
                  undercharges caused solely by the Landlord's
                  failure to follow HUD's procedures for computing
                  rent or assistance payments.

19.  Size of       The Tenant understands that HUD requires the
      Dwelling     Landlord to assign units in accordance with the
                  Landlord's written occupancy standards.  These
                  standards include consideration of unit size,
                  relationship of family members, age and sex of
                  family members and family preference.  If the
                  Tenant is or becomes eligible for a different size
                  unit, and the required size unit becomes available,
                  the Tenant agrees to:

a. move within 30 days after the Landlord notifies him/her
that unit of the required size is available within the
project; or

b. remain in the same unit and pay the HUD-approved market
rent.

             Form HUD-90105a
                                    12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

20. Access by Landlord:

    a.  The Landlord agrees to enter the unit only during reasonable hours, to provide reasonable advance notice of his/her intent to enter the unit, and to enter the unit only after receiving the Tenant's consent to do so, except when urgency situations make such notices impossible or except under paragraph (c) below.

    b.  The Tenant consents in advance to the following entries into the unit:

        (i)  The tenant agrees to permit the Landlord, his/her agents or other persons, when authorized by the Landlord, to enter the unit for the purpose of making reasonable repairs and periodic inspections.

        (ii)  After the Tenant has given a notice of intent to move, the Tenant agrees to permit the Landlord to show the unit to prospective tenants during reasonable hours.

    c.  If the Tenant moves before this Agreement ends, the Landlord may enter the unit to decorate, remodel, alter or otherwise prepare the unit for re-occupancy.

21. Discrimination Prohibited:    The Landlord agrees not to discriminate based upon race, color, religion, creed, National origin, sex, age, familial status, and disability.

22. Change in Rental Agreement:    The Landlord may, with the prior approval of HUD, change the terms and conditions of this Agreement.  Any changes will become effective only at the end of the initial term or a successive term.  The Landlord must notify the Tenant of any change and must offer the Tenant a new Agreement or an amendment to the existing Agreement. TheTenant must receive the notice at least 60 days before the proposed effective date of the change.  The Tenant may accept the changed terms and conditions by signing the new Agreement or the amendment to the existing Agreement and returning it to the Landlord.  The Tenant may reject the changed terms and conditions by giving the Landlord written notice that he/she intends to terminate the tenancy.  The Tenant must give such notice at least 30 days before the proposed change will go into effect.  If the

Tenant does not accept the amended agreement, the Landlord may require the Tenant to move from the project, as provided in paragraph 23.

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

23. Termination of
    Tenancy:

    a. To terminate this Agreement, the Tenant must give the
    Landlord 30-days written notice before moving from the unit.

    b. Any termination of this Agreement by the Landlord must be
    carried out in accordance with HUD regulations, State and
    local law, and the terms of this Agreement.

    c. The Landlord may terminate this Agreement for the following
    reasons:

        1. the Tenant's material noncompliance with the terms of
        this Agreement;

        2. the Tenant's material failure to carry out obligations
        under any State Landlord
        and Tenant Act;

        3. drug related criminal activity engaged in on or near
        the premises, by any tenant, household member, or
        guest, and any such activity engaged in on the
        premises by any  other person under the tenant's
        control;

        4. determination made by the Landlord that a household
        member is illegally using a drug;

        5. determination made by the Landlord that a pattern of
        illegal use of a drug interferes with the health,
        safety, or right to peaceful enjoyment of the
        premises by other residents;

        6. criminal activity by a tenant, any member of the
        tenant's household, a guest or another person under the
        tenant's control:

            (a) that threatens the health, safety, or right to
            peaceful enjoyment of the premises by other
            residents (including property management staff
            residing on the premises); or

            (b) that threatens the health, safety, or right to
            peaceful enjoyment of their residences by persons
            residing in the immediate vicinity of the
            premises;

        7. if the tenant is fleeing to avoid prosecution, or
        custody or confinement after conviction, for a crime,
        or attempt to commit a crime, that is a felony under
        the laws of the place from which the individual flees,
        or that in the case of the State of New Jersey, is a
        high misdemeanor;

                    Form HUD-90105a
12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

8.  if the tenant is violating a condition of probation or parole under Federal or State law;

9.  determination made by the Landlord that a household member's abuse or pattern of abuse of alcohol threatens the health, safety, or right to peaceful enjoyment of the premises by other residents;

10. if the Landlord determines that the tenant, any member of the tenant's household, a guest or another person under the tenant's control has engaged in the criminal activity, regardless of whether the tenant, any member of the tenant's household, a guest or another person under the tenant's control has been arrested or convicted for such activity.

d. The Landlord may terminate this Agreement for other good cause, which includes, but is not limited to, the tenant's refusal to accept change to this agreement. Terminations for "other good cause" may only be effective as of the end of any initial or successive term.

The term material noncompliance with the lease includes:    (1) one or more substantial violations of the lease;  (2) repeated minor violations of the lease that (a) disrupt the livability of the project; (b) adversely affect the health or safety of any person or the right of any tenant to the quiet enjoyment to the leased premises and related project facilities, (c) interfere with the management of the project, or (d) have an adverse financial effect on the project (3) failure of the tenant to timely supply all required information on the income and composition, or eligibility factors, of  the tenant household (including, but not limited to, failure to meet the disclosure and verification requirements for Social Security Numbers, or failure to sign and submit consent forms for the obtaining of wage and claim information from State Wage Information Collection Agencies), and  (4) Non-payment of rent or any other financial obligation due under the lease beyond any grace period permitted under State law.  The payment of rent or any other financial obligation due under the lease after the due date but within the grace period permitted under State law constitutes a minor violation.

d.  If the Landlord proposes to terminate this
    Agreement, the
    Landlord agrees to give the Tenant written notice and the grounds for the proposed termination.  If the Landlord is terminating this agreement for "other good cause," the termination notice must be mailed to the Tenant and hand-

    delivered to the dwelling unit in the manner required by HUD at least 30 days before the date the Tenant will be required to move from the unit and in accordance with State law requirements.  Notices of proposed termination for other reasons must be given in accordance with any time frames set forth in State and local law.  Any HUD-required notice period may run concurrently with any notice period required by State or local law.  All termination notices must:

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

- specify the date this Agreement will be terminated;

- state the grounds for termination with enough detail for the Tenant to prepare a defense;

- advise the Tenant that he/she has 10 days within which to discuss the proposed termination of tenancy with the Landlord.  The 10-day period will begin on the earlier of the date the notice was hand-delivered to the unit or the day after the date the notice is mailed.  If the Tenant requests the meeting, the Landlord agrees to discuss the proposed termination with the Tenant; and

- advise the Tenant of his/her right to defend the action in court.

    f.    If an eviction is initiated, the Landlord agrees to rely only upon those grounds cited in the termination notice required by paragraph e.

24.  Hazards:  The Tenant shall not undertake, or permit his/her family or guests to undertake, any hazardous acts or do anything that will increase the project's insurance premiums.  Such action constitutes a material non-compliance.  If the unit is damaged by fire, wind, or rain to the extent that the unit cannot be lived in and the damage is not caused or made worse by the Tenant, the Tenant will be responsible for rent only up to the date of the destruction.  Additional rent will not accrue until the unit has been repaired to a livable condition.

25.  Penalties for Submitting False Information:  Knowingly giving the Landlord false information regarding income or other factors considered in determining Tenant's eligibility and rent is a material noncompliance with the lease subject to termination of tenancy.  In addition, the Tenant could become subject to penalties available under Federal law.  Those penalties include fines up to $10,000 and imprisonment for up to five years.

26.  Contents of this Agreement:  This Agreement and its Attachments make up the entire agreement between the

Landlord and the Tenant regarding the unit.  If any Court declares a particular provision of this Agreement to be invalid or illegal, all other terms of this Agreement will remain in effect and both the Landlord and the Tenant will continue to be bound by them.

27.  Attachments to the Agreement:  The Tenant certifies that he/she has received a copy of this Agreement and the

Form HUD-90105a
12/2007

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

following Attachments to this Agreement
and understands that these Attachments are
part of this Agreement.

   a. Attachment No. 1 – Owner's Certification of Compliance with
      HUD's Tenant Eligibility and Rent Procedures, form HUD-50059

   b. Attachment No. 2 – Unit Inspection Report.
   c. Attachment No. 3 – House Rules (if any).

28. Tenants' rights to organize:  Landlord agrees to allow tenant
    and tenant organizers to conduct on the property the activities
    related to the establishment or operation of a tenant
    organization set out in accordance with HUD requirements.

29. Tenant Income Verification: The Tenant must promptly provide the
    Landlord with any letter or other notice by HUD to a member of
    the family that provides information concerning the amount or
    verification of family income in accordance with HUD
    requirements.

30. The lease agreement will terminate automatically, if the Section
    8 Housing Assistance contract terminates for any reason.

31. Signatures:

    TENANT
    BY:

    1. (W)_____    _____
                                                 Date Signed

    2. _____    _____
                                                 Date Signed

    3. _____    _____
                                                 Date Signed

    LANDLORD
    BY:

    1. (W)_____    _____
                                               Date Signed

**Public reporting burden** – HUD is not requesting approval of any burden
hours for the model leases since use of leases are a standard business
practice in the housing rental industry.  This information is required
to obtain benefits.  The request and required supporting documentation
are sent to HUD or the Contract Administrator (CA) for approval.  The
lease is a contract between the owner of the project and the tenant(s)
that explains the terms for residing in the unit.  Leases are a
standard business practice in the housing rental industry.  Owners are
required to use the HUD model lease which includes terms normally
covered by leases used in the housing rental industry plus terms

OMB Approval No. 2502-0204
(Exp. 06/30/2017)

required by HUD for the program under which the project was built
and/or the program providing rental assistance to the tenants.

This information is authorized by 24 CFR 5.360, 236.750, 880.606, 883.701,
884.215, 886.127, 891.425, 891.625 and 891.765 cover lease requirements and
provisions.  This information is considered non-sensitive and does not require
any special protection.

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Sep-07  10:01:57
60CV-23-6684
C06D17 : 23 Pages

**ABBOTT'S MANOR**

34251 Ridge Rd.

Willoughby, OH 44094


**ALDERSGATE I**

1100 Killmaster Drive

Oscoda, MI 48750


**ALDERSGATE II**

1100 Killmaster Drive

Oscoda, MI 48750


**ALEXIA MANOR**

5125 Hector Avenue

Cleveland, OH 44127


**ANCHOR BAY**

3926 Hermansau Road

Saginaw, MI 48603


**ANDREWS PLACE**

7766 Salida Road

Mentor, OH 44060


**ARBOR RESERVE**

146 West Hatch Avenue

Coldwater, MI 49036


**ARCH CREEK RUN**

173 Rachel St.

Melbourne, FL 32901


**ASHLAND TERRACE**

3100 Roberts Drive

Ashland, KY 41102



EXHIBIT
29

**AVA PARK**
1100-B W. College Extension
Griffin, GA 30114

**AZALEA POINTE**
651 Azalea Rd
Mobile, AL 36609

**AZURE ESTATES**
1555 M.L.K. Jr Blvd
Riviera Beach, FL 33404

**BALLARD WAY**
5600 Hunter Road
Columbus, GA 63107

**BANKHEAD TOWERS APARTMENTS**
2300 5th Avenue N
Birmingham, AL 35203

**BARRINGTON VILLAGE**
1504 Renton Street
Indianapolis, IN 46203

**BAY POINTE**
52280 Rutherford Circle
Chesterfield, MI 48051

**BAYOU BEND**
1957 Brill Rd
Mobile, AL 36605

**BAYOU PLAZA**
600 S Bayou St
Mobile, AL 36603

**BEACHPARK TOWER**
33687 Lake Road
Avon Lake, OH 44012

**BLOSSOM HILL**
4006 Mercer University Blvd.
Macon, GA 31206

**BLUE RIDGE MANOR**
201 Laurel Hill Drive
Vinton, VA 24179

**BLUE VALLEY COURT**
2009 Park Tower Road
Kansas City, MO 64126

**BONNIE DOONE**
100 E. Sandifer Road
Athens, AL 35611

**BOSTON COMMONS**
300 Center Street
New Boston, OH 45662

**BRANDEGEE GARDEN APARTMENTS**
827 Jay Street
Utica, NY 13501

**BRAYTON HILL**
159 Brayton Hill Terrace
North Adams, MA 01247

**BROOKWOOD APARTMENTS**
390 Henderson Road
Roxboro, North Carolina 27573

**CALLOWAY COVE**

4229 Moncrief Rd W

Jacksonville, FL 32209


**CAMBRIDGE WEST**

7561 Zeigler Blvd

Mobile, AL 36608


**CAPEHART MANOR**

300 N. West St.

Odon, IN 47562


**CARBONDALE**

810 W. Mill Street

Carbondale, IL 62901


**CAROLINA POINTE**

302 Saleeby Loop

Darlington, SC 29532


**CARRIAGE HILL**

625 Henry st

Roanoke Rapids, NC 27870


**CARRIAGE HOUSE MI**

122 Sand Creek Hwy

Adrian, MI 49221


**CARRIAGE HOUSE OF COLUMBUS**

3535 Derbyshire Drive

Columbus, OH 43224


**CARROLLTON CREST**

525 Canton Road NW

Carrollton, OH 44615

**CASA NUEVA**
1606 Dickinson St
Fremont, OH 43420

**CASSADY VILLAGE**
3089 Cassady Village Trail
Columbus, OH 43219

**CAVELIER COURT**
2510 Peres Ave
Memphis, TN 38108

**CEDAR CENTER**
14050 Cedar Road
University Heights, OH 44118

**CEDAR WOODS**
312 Cedar Woods Drive
Hillsboro, OH 45133

**CENTURY WOODS**
1400 5th St
Rock Island, IL 61201

**CHARLES SEIVERS TOWERS**
150 N Charles G Seivers Blvd
Clinton, TN 37716

**CHARTER HOUSE**
1607 Mose Asbury Road
Wayne, WV 25570

**CHEROKEE HILLS**
400 Cherokee Hills Road
Hazard, KY 41701

**CHERRY ESTATES**

416 Cherry St

Kent, OH 44240

**CHESTER MANOR APARTMENTS**

100 Torbit Street

Chester, SC 29706

**CLINTON CHATEAU**

528 S. Main Street

Clinton, IN 47842

**COALTON SENIOR VILLAGE**

20871 State Route 93

Wellston, OH 45692

**COCOA LAKES**

201 St. Clair Dr.

Cocoa, FL 32922

**CONCORD**

41 N. 40th Street

Newark, OH 43055

**CORDOBA COURTS**

13875 NW 22nd Ave

Opa-locka, FL 33054

**COUNTRY PARK**

5282 Professional Dr

Wichita Falls, TX 76302

**COVENANT HOUSE**

702 North Erie Street

Toledo, OH 43604

**COVENANT MANOR**

23 West Third Street

Jamestown, NY 14701

**CRESCENT VIEW**

209 Neel Street

Bluefield, VA 24605

**CRESTON STATION**

227 Coulter Street

Creston, OH 44217

**DRESDEN TOWNE**

54 W. Dave Longaberger Ave.

Dresden, OH 43821

**DRIFTWOOD ACRES**

3577 Dauphin Island Parkway

Mobile, AL 36605

**EAGLE MANOR**

935 Quail Drive

Fremont, OH 43420

**EASTRIDGE APARTMENTS**

102 Worcester Ave #8

Harrisburg, PA 17111

**ELM CENTER II**

325 Elm Street

Logan, OH 43138

**ELM COURT**

641 E. Front Street

Logan, OH 4313

**ELM TERRACE**

206 East Elm Avenue

Duncan, OK 73533

**ELMCREST VILLAGE**

1520 Cedarwood Drive

Flushing, MI 48433

**ELSON POINTE ESTATES**

370 Elson Avenue

Barberton, OH 44203

**EMERSON PLACE APARTMENTS**

2110 Emerson Knoll Place

Indianapolis, IN 46218

**EVERGREEN ESTATES**

45 East Fourth Street

The Plains, OH 45780

**FAIRFAX HOMES**

1800 Central Avenue, Suite 150

Cleveland, OH 44104

**FOREST COVE**

900 New Town Circle

Atlanta, GA 30315

**FOREST PARK**

521 Rock Pit Rd

Titusville, FL 32796

**FOUNDERS LANDING**

2402 W. 5th Avenue

Huntington, WV 25704

**FOUR WINDS WEST**
1301 Monroe Ave SW
Birmingham, AL 35211

**FOX HOLLOW**
291 Lakewood Drive
Lexington, OH 44904

**GABRIEL TOWER**
1600 Jackson Avenue
Kansas City, MO 64127

**GABRIEL'S GREEN**
E.57-E.63rd/Central Ave.
Cleveland, OH 44104

**GALION EAST**
1300 Harding Way East
Galion, OH 44833

**GATEWAY AT THE GREENE**
3313 East Stroop Rd.
Kettering, OH 45440

**GENESEE TOWER APARTMENTS**
110 Genesee Street
Utica, NY 13502

**GLENDALE APARTMENTS**
102 Sutherland Road
Galax, VA 24333

**LINE CREEK**
5432 NW Waukomis Drive
Kansas City, MO 64151

**LITTLE TRAVERSE VILLAGE**
301 Lafayette Street C-104
Petoskey, MI 49770

**LITTLE TURTLE**
1350 Pamela Street
Leesburg, FL 34748

**LOG POND**
628 Glenbrook Drive
Newark, OH 43055

**LOUREXIS**
5111 Hector Avenue
Cleveland, OH 44127

**MADISON LAKES**
101 South Rangeline Road
Anderson, IN 46012

**MAJESTIC GARDENS**
2560 Rocky Creek Road
Macon, GA 31206

**MANSFIELD HOMES VI**
13 Park Avenue West, Suite 307
Mansfield, OH 44902

**MAPLE OAK APARTMENTS**
818 Oak Street
Kingsport, TN 37660

**MARC/LEE MILES SENIOR CITIZEN HOUSING**

4733 Lee Road

Cleveland, OH 44128

**MARGARET KNAMM MEMORIAL APARTMENTS**

33 Scott Street

Utica, NY 13501

**MARKET MANOR**

1030 Market Street

Parkersburg, WV 26101

**MARLAND**

2727 Jefferson Ave SW

Birmingham, AL 35211

**MARY D. BUCK MEMORIAL**

10 Clinton St # 1

Whitesboro, NY 13492

**MELFORD VILLAGE**

600 S. College Street

Spencerville, OH 45887

**MEMPHIS TOWER APARTMENTS**

1081 Court Avenue

Memphis, TN 38104

**MILL STREET APARTMENTS**

703 S. Rawlings Street

Carbondale, IL 62901

**MOORE MANOR**

520 111th street

Amory, MS 38821

**MORNING STAR TOWER**

10600 St. Clair Ave.

Cleveland, OH 44108

**MORNINGSIDE**

108-02 Riley Drive

Marietta, OH 45750

**MORNINGSIDE GARDENS APARTMENTS**

1800 Linden Avenue

Knoxville, TN 37917

**MT. VERNON TOWERS**

177 W. Main Street

Uniontown, PA 15401

**MUSICIANS TOWERS**

2727 Lancashire Road

Cleveland Heights, OH 44106

**NAPLES TERRACE**

1237 Naples Place

Durham, NC 27703

**NORTH PARK**

2 Eagle Avenue

Wheeling, WV 26003

**OAK PARK**

103 Dinadan Drive

Charlotte, NC 28217

**OAKDALE FAMILY**

222 Rice Drive

West Union, OH 45693

**OAKDALE SENIOR**

310 Rice Drive

West Union, OH 45693

**OAKWOOD**

550 Lincoln Avenue

Mount Dora, FL 32757

**OLIVE PARK VILLAGE**

2310 E 9th St

Kansas City, MO 64124

**OXFORD ROW I**

1517 Canterbury Trail

Mt. Pleasant, MI 48858

**OXFORD ROW II**

1517 Canterbury Trail

Mt. Pleasant, MI 48858

**PALMETTO GLEN**

2976 Willow St.

Jacksonville, FL 32207

**PARK PLACE**

76 S 20th St.

Columbus, OH 43240

**PARK SHORE COMMONS**

860 N Wells St.

Gary, IN 46403

**PARKVIEW PLACE**

602 Hartford Ave

Lubbock, TX 79413

**PEACE LAKE TOWERS**
9025 Chef Menteur Highway
New Orleans, LA 70127

**PEACHTREE COURT**
610 Peachtree St.
Ahoskie, NC 27910

**PERRY'S GLEN**
1195 West Fremont Road
Port Clinton, OH 43452

**PHOENIX MANOR**
2330 Bowser Ave.
Fort Wayne, IN 46803

**PLAZA HILLS EAST APARTMENTS**
130325 E 16th. Street
Tulsa, OK 74108

**POET'S VILLAGE**
500 Millay Circle
Indiana, PA 15701

**PORT CLINTON POINTE**
1265 West Fremont Road
Port Clinton, OH 43452

**PRAIRIE POND**
2199 North French Road
Getzville, NY 14068

**RAINBOW PLACE APARTMENTS**
7829 Euclid Avenue
Cleveland, OH 44103

**REDDINGTON PINES**

1946 Cherry Valley Road

Newark, OH 43055

**RENAISSANCE AT FAIRFAX PARK**

8100 Central Avenue Suite 150

Cleveland, OH 44104

**RENWYCK PLACE**

18 4th Ave

Rensselaer, NY 12144

**RIVERBEND**

4720 S Broadway

St. Louis, MO 63111

**RIVERVIEW TERRACE**

11 Bridge Street

Petoskey, MI 49770

**PLAZA HILLS EAST APARTMENTS**

130325 E 16th. Street

Tulsa, OK 74108

**POET'S VILLAGE**

500 Millay Circle

Indiana, PA 15701

**PORT CLINTON POINTE**

1265 West Fremont Road

Port Clinton, OH 43452

**PRAIRIE POND**

2199 North French Road

Getzville, NY 14068

**RAINBOW PLACE APARTMENTS**
7829 Euclid Avenue
Cleveland, OH 44103

**REDDINGTON PINES**
1946 Cherry Valley Road
Newark, OH 43055

**RENAISSANCE AT FAIRFAX PARK**
8100 Central Avenue Suite 150
Cleveland, OH 44104

**RENWYCK PLACE**
18 4th Ave
Rensselaer, NY 12144

**RIVERBEND**
4720 S Broadway
St. Louis, MO 63111

**RIVERVIEW TERRACE**
11 Bridge Street
Petoskey, MI 49770

**ROBINSON HEIGHTS**
2501 Mount Pleasant
Burlington, IA 52601

**ROLLING HILLS TOWNHOMES & COTTAGES**
106 Branam Drive
Parkersburg, WV 26104

**ROLLING RIDGE**
16 Ridge Court West
West Haven, CT 6516

**ROXFORD VILLAGE**

1946 Cherry Valley Road

Newark, OH 43055

**SAINT JOHN'S APARTMENTS**

1105 S. 26th Avenue

Pine Bluff, AR 71601

**SAVANNA LANDING**

1111 East 60th Street

Tulsa, OK 74105

**SEBRING MANOR**

216 W. Ohio Avenue

Sebring, OH 44672

**SENECA GROVE**

707 Argonne Drive

Painesville, OH 44077

**SENIOR TOWERS**

200 E Stephen St

Martinsburg, WV 25401

**SERENITY TOWERS**

400 S Highland St.

Memphis, TN 38111

**SHERMAN THOMPSON TOWERS**

275 N. Third Street

Ironton, OH 45638

**SHORTER COLLEGE GARDENS**

800 N. Beech Street

North Little Rock, AR 72114

**SILVER STONE**

5639 South Martin Luther King Jr. Blvd.

Lansing, MI 48911

**SNOWBERRY HEIGHTS**

222 S. Fifth Street

Marquette, MI 49855

**SOMERSET SENIOR**

101 Max Emmert Drive

Somerset, OH 43783

**SOMERSET VILLAGE**

500 Somerset Village

Somerset, KY 45201

**SOUTH HAVEN**

3577 Dauphin Island Parkway

Mobile, AL 36605

**SOUTH PARK VILLAGE APARTMENTS**

37 Johnson Circle

Laurel, MS 39440

**SOUTH WESTERLY**

14401 Detroit Avenue

Lakewood, OH 44107

**SOUTHEAST**

1100 East 36th Avenue

Pine Bluff, AR 71601

**THE CLAREMOUNT**

10338 Main Street

Clarence, NY 17102

**THE ELLA**

1102 58th St

Lubbock, TX 79404

**THE LAKEWOODS**

980 Wilmington Ave.

Dayton, OH 45420

**THE MEADOWS**

635 Meadow Drive

North Liberty, IN 46554

**THE OVERLOOK APARTMENTS**

1201 Boynton Dr.

Chattanooga, TN 37402

**THE WELDON**

1650 Moncrief Village E

Jacksonville, FL 32209

**TIFFIN WEST**

1746 West Market Street

Tiffin, OH 44883

**TRAIL WEST**

1946 Cherry Valley Road

Newark, OH 43055

**TURTLE OAKS**

2311 Griffin Rd.

Leesburg, FL 34748

**TYRONE TOWNHOUSES**
2 East 15th Street
Tyrone, PA 16686

**VALENCIA WAY**
1214 Labelle St
Jacksonville, FL 32205

**VALLEY VIEW**
301 Valley View
Corbin, KY 40701

**VAN RENSSELAER**
460 Forbes Ave.
Rensselaer, NY 12144

**VILLAGE GREEN**
240 Village Green Drive
Nastrona Hts., PA 15065

**VILLAGE PARK HOMES**
170 McGill Street
Sunbury, OH 43074

**VILLAGE POINT**
2 Paris Rd
New Hartford, NY 13413

**VILLAGES AT FRANKLIN CROSSING**
1214 Anita Dr
Kent, OH 44240

**VILLAGES OF HANNA**
2201 Reed Street
Fort Wayne, IN 46803

**VINTON GREEN**

640 McArthur Park Drive

McArthur, OH 45651

**WALNUT TOWERS**

1201 Menor

Winfield, KS 67156

**WALTON WOODS**

1000 W. Adams #31

Jefferson, IA 50129

**WARRENSVILLE COMMUNITY**

1500 Warrensville Center Road

Cleveland Heights, OH 44121

**WATAUGA SQUARE APARTMENTS**

503 W Watauga Avenue

Johnson City, TN 37604

**WATTERSON LAKEVIEW APARTMENTS**

3703 W Wheatmore Drive

Louisville, KY 40215

**WELLSTON PRIDE MANOR**

4 W Broadway Street

Wellston, OH 45692

**WEST HAVEN APARTMENTS**

(Address Unlisted)

**WEST LAKE GARDENS**

5003 West Erie Avenue

Lorain, OH 44053


**WEST PARK SENIOR CENTER**

27 W. 2nd Street

Mansfield, OH 44902


**WESTGATE VILLAGE**

15 North Mound Street #A-9

Frazeysburg, OH 43822


**WESTVIEW**

3111 Leo Avenue

Youngstown, OH 44509


**WHEELERSBURG SENIOR VILLAGE**

9004 Ohio River Road

Wheelersburg, OH 45694


**WHISPERING HILLS**

901 Bank Street

Toronto, OH 43964


**WILLIAMSON TOWERS**

703 East 4th Street

Williamson, WV 25661


**WILLOW BEND**

300 Marshall Road

Jacksonville, AR 72076


**WILLOW GLEN**

2800 South Main Street

New Castle, IN 47362

**WINCHESTER TOWER**
2001 Elva Street
Mt. Pleasant, MI 48858

**WINDBAY TERRACE**
4817 E Temple Heights Rd
Tampa, FL 33617

**WOOD TOWERS APARTMENTS**
810 Wood Street
Pittsburgh, PA 15221