**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| JORDAN WARREN; KIARA BOOKER; BERNAMESHA YOUNG; MIYANA BRYANT; KELLY O'DONALD; SHANTA BURNETT; Individually and on behalf of all others similarly situated | PLAINTIFFS |
| V.   NO. 4:23-cv-977-KBG | |
| MILLENNIA HOUSING MANAGEMENT, LTD.; MILLENNIA COMMERCIAL GROUP, LTD.; MILLENNIA HOUSING DEVELOPMENT, LTD.; MILLENNIA HOUSING CAPITAL, LTD.; SC APARTMENTS AR, LLC; AND JOHN DOES 1-10 | DEFENDANTS |

**MOTION FOR LEAVE TO FILE TO APPEAR PRO HAC VICE**

Comes Daniel M. Kavouras (hereinafter "Movant"), pursuant to Local Rule 83.5(d), through Mark D. Wankum with Anderson, Murphy & Hopkins, LLP, local counsel for Millennia Housing Management, Ltd., Millenia Commercial Group, Ltd., Millennia Housing Development, Ltd., Millennia Housing Capital, Ltd., and SC Apartments AR, LLC, respectfully requests permission to participate in this case *pro hac vice*, and states as follows:

1.  Movant is a member of the law firm of Baker Hostetler, located at Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214. Mr. Kavouras's phone number is 216-861-7099. Mr. Kavouras's email address is dkavouras@bakerlaw.com.

2.     If allowed to participate in this case, movant will be associated with Mark D. Wankum of Anderson, Murphy & Hopkins, LLP, 101 River Bluff Drive, Suite A, Little Rock, Arkansas 72202-2267. Mr. Wankum's phone number is 501-372-1887. His fax number is 501-372-7706. His email address is wankum@amhfirm.com, and his Arkansas bar number is 2008185. Mr. Wankum is a member of the bar of this Court.

3.     Movant has not participated or served as counsel or sought leave to appear or participate in any cases in U.S. District courts within the two years preceding the filing of this motion.

4.     Movant is licensed in and is an active member in good standing of the bars of the following jurisdictions:

| Date Admitted | State/Court | Status (e.g., Active) |
|---|---|---|
| 11/05/2012 | Ohio Supreme Court | 0089773 |
| 11/13/2013 | U.S. Northern District of Ohio | |
| 07/20/2020 | U.S. Court of Appeals, Sixth Circuit | |

5.     Movant has not been the subject of a disciplinary action by the bar or reports of any jurisdiction in which he is licensed or admitted to practice.

6.     Movant has not been denied admission, including admission *pro hac vice*, to the courts of any state or to any federal court.

7.     Movant is familiar with the Local Rules for the U.S. District Court for the Eastern District of Arkansas and the Uniform Rules of Disciplinary Enforcement governing the conduct of members of the Bar of this Court and will at all times abide by and comply with the same so long as this proceeding is pending, and movant has not withdrawn as counsel therein.

8. Movant is paying the required $100 fee to the Clerk of the U.S. District Court for the Eastern District of Arkansas. Movant will register for e-filing with this Court if this motion is granted.

WHEREFORE movant, Daniel K. Kavouras, prays that the Court grant his motion to participate *pro hac vice* in this proceeding.

        Respectfully submitted,

        Daniel M. Kavouras (OH Bar No. 089773)
        BAKER HOSTETLER
        Key Tower
        127 Public Square, Suite 2000
        Cleveland, OH 44114-1214
        Telephone:   (216) 861-7099
        Email:   dkavouras@bakerlaw.com

        Mark D. Wankum (ABN # 2008185)
        Amelia F. Botteicher (ABN # 2017115)
        ANDERSON, MURPHY & HOPKINS, L.L.P.
        101 River Bluff Drive, Suite A
        Little Rock, Arkansas  72202-2267
        Telephone: 501-372-1887
        Facsimile: 501-372-7706
        Email:   wankum@amhfirm.com
                botteicher@amhfirm.com