IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JORDAN WARREN; KIARA BOOKER;
BERNAMESHA YOUNG; MIYANA
BRYANT; KELLY O'DONALD; and
SHANTA BURNETT, each individually and
on behalf of all others similarly situated                                           PLAINTIFFS

v.                          Case No. 4:23-cv-00977 KGB

MILLENNIA HOUSING
MANAGEMENT, LTD, *et al.*                                                            DEFENDANTS

### ORDER

Before the Court is defendants Millennia Housing Management, Ltd., Millenia Commercial Group, Ltd., Millennia Housing Development, Ltd., Millennia Housing Capital, Ltd., and SC Apartments AR, LLC's motion for leave to file a reply in support of their motion to dismiss and to strike the class allegations (Dkt. No. 22).  Defendants state that they request leave to reply due to the complexity of the issues raised in the motion and specific representations raised in plaintiffs' response (*Id.*, ¶ 2).  For good cause shown, the Court grants the motion.  The Court directs defendants to file their reply, currently attached as an exhibit to their motion for leave to reply, as a separate filing with the Court within seven days from the entry of this Order.

It is so ordered this 17th day of January, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge